**ORIGINAL**

RECEIVED
MAY 0 6 2021
PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 0 6 2021 ★

BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

21-CV-2601

GUJARATI, J.
BLOOM, M.J.

Maureen Nelson
Johanna Nelson
Tamara Nelson

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

David Friedman
Joel Goldstein
Nota Weinberg

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☑ Yes  ☐ No
*(check one)*

NAME: Johonno Nelson
STREET ADDRESS: 212 Crown St.
CITY & COUNTY: Brooklyn, kings county
STATE & ZIP CODE: New York, 11225
TELEPHONE NUMBER: (929) 454 — 1165
E-MAIL ADDRESS: JohonnJN524@


NAME: Tomoro Nelson
STREET ADDRESS: 212 Crown St.
CITY & COUNTY: Brooklyn, kings County
STATE & ZIP CODE: New York, 11225
TELEPHONE NUMBER:
E-MAIL ADDRESS: TomoroND490@Hotmail.com

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Maureen Nelson |
| Street Address | 212 Crown St. |
| City and County | Brooklyn, Kings County |
| State and Zip Code | New York, 11225 |
| Telephone Number | (929) 271 - 2739 |
| E-mail Address | MNelson1116@Hotmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | David Friedman |
| Job or Title (if known) | Fairstead Management |
| Street Address | 5302 6th Avenue (Basement) |
| City and County | Brooklyn, Kings County |
| State and Zip Code | New York, 11220 |
| Telephone Number | (718) 567 - 8272 |
| E-mail Address (if known) | David.Friedman@fairstead.com |

Defendant No. 2

| | |
|---|---|
| Name | Joel Goldstein |
| Job or Title (if known) | Galil Management |
| Street Address | 1465 Flatbush Avenue |
| City and County | Brooklyn, Kings County |

| | |
|---|---|
| State and Zip Code | New York, 11210 |
| Telephone Number | ~~(718)~~ (347) 292-3000 |
| E-mail Address | |
| (if known) | |

**Defendant No. 3**

| | |
|---|---|
| Name | Nate Weinberg |
| Job or Title | Plaza Apartments LLC (Landlord) |
| (if known) | |
| Street Address City | 226 West 150th St. (LL) |
| and County State | New York |
| and Zip Code | 10039 |
| Telephone Number | |
| E-mail Address | |
| (if known) | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title | |
| (if known) | |
| Street Address City | |
| and County State | |
| and Zip Code | |
| Telephone Number | |
| E-mail Address | |
| (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question                 ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**      **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Landlord liability (Negligence), Harassment, invasion of privacy, life endangerment, Discrimination, Defamation of character, Damaged property.

**B.**      **If the Basis for Jurisdiction Is Diversity of Citizenship**

     1.      The Plaintiff(s)

         a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

         b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

     2.      The Defendant(s)

         a.      If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

— <u>Continuation</u>

Chronic sinusitis was developed.

All 3 plantiff's had Balloon Sinuplasty in 2016.

Maureen developed insulin resistance due to inflammation from mold. in 2020.

Tamara's diabetes has worsened & was threatened to have adult protective—
Services called on her for being hospitalized over 10x in 2019.

Constant infections requiring antibiotics.

Weightloss (unintentional) in Maureen & Tamara.

Hairloss & Tamara's loss of voice since 2015.

② We need to move. The entire apartment is mold infestated
and the defendants have done nothing to help us.


③ To replace items that were ruined due to the leaks & mold
such as: Tv's, computers, furniture. and clothes.


④ The emotional stress from being harassed with lies & illegal evictions
leading to constant fear, depression, hopelessness and sleepless nights.

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under
the laws of the State of *(name)* _____, and has its
principal place of business in the State of *(name)*
_____. *Or* is incorporated under the laws of *(foreign
nation)* _____, and has its principal place of business
in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page
providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or
the amount at stake—is more than $75,000, not counting interest and costs of court,
because *(explain)*:

$15,000,000. Because of damaged property,
emotional distress, & sicknesses developed
from mold negligence.

## III.    Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as
possible the facts showing that each plaintiff is entitled to the damages or other relief sought.  State
how each defendant was involved and what each defendant did that caused the plaintiff harm or
violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more
than one claim is asserted, number each claim and write a short and plain statement of each claim in a
separate paragraph.  Attach additional pages if needed.

① All 3 defendants knew about the mold exposure
for years but did nothing about it which caused
many sicknesses for all 3 plaintiffs: Johanna's
asthma has worsened significantly (on 4 asthma pumps)
Maureen and Tamara developed asthma.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

We are asking for $40mil to purchase a home as we are currently still in the mold infested apartment where we are constantly ill & unable to sleep in the bedrooms! Also money for furniture & electronics that'll have to be replaced. (45 Mil)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/29th, 2021.

Signature of Plaintiff    Maureen Nelson, Tamara Nelson, Johanna Nelson
Printed Name of Plaintiff    MAUREEN Nelson, Tamara Nelson, Johanna Nelson

6

# Contact Information

Maureen — MNelson1116@Hotmail.com

Johanna — JohannaN624@yahoo.com

Tamara — TamaraN0490@Hotmail.com

(929) 271-2739

We have more documents coming your way soon.
Also, pictures and videos.

Maureen Nelson
212 Crown Str
Apt 2E
Brookly N.Y. 1225
11/30/15

To Whom this may concern.

This is Maureen Nelson a tentant at 212 crown str, apt 2E, I'm writting concerning the repairs in my apartment which has been going on for a while, repairs are promised to be made, so far the only repair was the glazing of the bath tub The super came to paint the bath room before and after is the same.

1) One bed room - Closet door needs fixing, outlet isn't working

2) Other bed room - Broken outlets, my daughter saw a man climbing the fire escape by her bed room window

3) Ceiling in the living room had a leak two times this year where my recliner was soaking, called concerning this matter

spoke with Ms Brenda, she said to me, "I will contact management and will call me back up to now no call back, since September, any way a man came out with the super last month, told him about my recliner he said that the people abod above me is responsible for replacing my recliner, promised to fix the ceiling never did

4) Called the Super on 11/24/15 because I smelled gas coming from the oven left him a message he never showed or called back.

5) The hall way closet door broke off fell on my daughter, promised to change the door never did.

6) The bathroom has a leaky pipe the water in the tub takes a long time to go down, promise to fix never did the soap dish broke off fell on my foot still have pains in that foot called concerning that matter, all I was told

Maureen Nelson

told by miss Brenda was "I hope your foot feels better sorry to hear."

7) There's mold behind the bathroom tiles all around the pipe has mold I have pictures of that, you can smell the mold reach isn't good for our health I have two ill daughters, one has asthma and the other is debitic even me have not been feeling well, due to the mold in this place

8) The tenants above us in apartment 3E, All day everyday from as late as 4 am. dragging furnitures, dropping things children running around over our bedrooms every morning anytime we are being disturbed from our sleep, made complains to the super, he said he was going to speak to them, I went up to them after hours of the morning, but the problems still remains the same, don't know when last I had proper sleep, which has left me depressed and cranky I really need the repairs done conditions are very poor, many times I have to call my brother +

03/07/2018

To whom this may concern,

My name is Tamara Nelson, my family and I are tenants of 212 Crown Street, Apartment 2E. I'm writing concerning our living conditions in our apartment. As you may know, our apartment is infested with mold. We've had several leaks in the living-room, bathroom (which still leaks despite claims that the super resolved that issue already) and leaks above and between the walls of the bedrooms. There is even mold growing in our toilet, which grows back weekly after thoroughly cleaning it with bleach. Management came three times, saw the mold in the bathroom but have since done nothing to resolve the issues! My mother has been in housing court fighting to get the mold and other repairs fixed for over a year now. She's written a letter, we've sent many emails, we've called multiple times, no one seems to think that our living conditions is dangerous or, no one seems to care! Before your company bought this building, the old management tested the air and did indeed find mold! Now there is physical mold in the ceiling, toilet and tub as well! No one's doing anything! My mother, sister and I had to have the same surgies done on the same day due to the mold in our apartment! My sister is asthmatic - asthma is a respiratory disease! Since being in these conditions, her asthma has worsened! she's now on stronger asthma medications. My mother who prior to living here has now developed asthma and has to take multiple medications to help with her breathing difficulties I am a diabetic! I suffer with very bad hypertension now. I have to take two types of hypertension medications with very high dosages! I am on antibiotics almost every week! Our hair has been falling out as well. The vents are infested with mold and big roaches come out of them - which my sister's allergic to. Despite knowing all of this, your only concern is people renewing their leases before it's even up and denying tenants the right to have welcome mats and christmas decorations out during the holidays??? Day by day, we're getting sicker and sicker! We even have to do the surgies again, but you don't care, you only want your money.

08/01/2018

TO

The Landlord of plaza apartments
I received a Ten day Notice Termination letter
outside my door today 08/01/2018, which
I consider illegal, rent has been sent out
to your address, for the month of July
I was told by the home bond department, pleas
check your mail box, if for any reason, you
don't received the rent checks, this is a number
I was told to give to you to call and the
checks will be resent to you # is (929-521-
6023, only you can call them, I can't.
I need to make a complaint about Mr David
around two months ago he forced his way
into my daughter's room while she was
asleep, just to check the fire escape gate,
even if I told him she was fast asleep
her door was locked he opened it with a

false key, I don't think that was right
he was very disresepftul, I ~~so~~ will not
tolerate such behavior from this man
so please teach him some manners.

Thanks.

Maureen Nelson
212 crown Str, apt 2E
Brooklyn, N.Y. 11225.

My childen and myself are tired of being
harrassed, by you and your company
I don't remember when I had a good shower
cause the water smells like rotten eggs, my
body itches after I use that water, I have to
take two (2) zyrtec just to ease the itch, do
you think this is fair, water in the kitchen
faucet smells also, can't cook properly, this
wickedness is not right at all o



30 Broadway | Anna Aronzon, M.D.
Suite 1015 | Edmund A. Nahm, M.D.
New York, NY 10038 | Sheldon Palgon, M.D.
Office: 212-571-0355 | Hale Yarmohammadi, M.D., M.P.H.
Fax: 212-571-1672

# Book Online, Anytime!

**entandallergy.com/booknow** or download the *ENT and Allergy App*

## PATIENT PLAN FOR 11/7/2018
Name: Maureen Nelson
Visit Type: Office Visit  (99204)
Location: Wall Street ENT & Allergy Assoc

Thank you for choosing us for your healthcare needs.  The following is a summary of the outcome of today's visit and other instructions and information we hope you find helpful.

### Medication Prescribed

| Medication Name | Dose | Qty | Sig Desc | PRN | Reason |
|---|---|---|---|---|---|
| SINGULAIR | 10 mg | 30 | take 1 tablet by oral route  every day in the evening | N | |
| ZYRTEC | 10 mg | 30 | take 1 tablet by oral route  every day | N | |
| CALTRATE + D3 PLUS MINERALS | 300 mg calcium-800 unit-25 mg-0.5 mg-0.9 mg-3.75 mg | 60 | take 2 tablets a day | N | |

Medication sent to: Rite Aid Pharmacy, 1679 Bedford Ave., Brooklyn, NY 11225

### Active Medications

| Medication name | PRN | Reason |
|---|---|---|
| Proventil HFA 90 mcg/actuation aerosol inhaler | N | |

### Inactivated Medication
Zyrtec 10 mg tablet

### REASON(S) FOR VISIT
allergy symptoms, asthma

.

### Completed Orders (this encounter)

| Order | Side | Interpretation | Result | Initial Tx | Region |
|---|---|---|---|---|---|
| Patient Instructions Provided | | | | | |
| Spirometry | | | | 11/07/2018 | |

### Assessment/Plan

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Allergic rhinitis due to pollen (J30.1). |
| | Impression | Allergic to pollens, dust mite, cat, molds and roach |

Nelson, Maureen    000002002780 11/16/1961 11/07/2018 02:00 PM    Page: 1/3

your preference, you can certainly email those documentations to me directly and I will make sure that Michelle gets them right away.

Ms. Nelson, please know that we are all working together to ensure the health, safety, and well-being of your family and our communities. I thank you for your continued cooperation and understanding while we overcome this challenge together.

Heidy Lopez
**Assistant Community Manager**
O: 718-507-8272
Heidy.Lopez@Fairstead.com

**From:** Maureen Nelson <MNelson1116@hotmail.com>
**Sent:** Wednesday, March 24, 2021 12:46 PM
**To:** Heidy Lopez <Heidy.Lopez@fairstead.com>
**Subject:** complaints

Good afternoon,we can not sleep because of the rat infestation in our ceiling yall need to open up the floors above us and put down some poison to get raid of those rats, it's very much unfair that we lose sleep over these conditions we are living in something has to be done like asap we can't take this much longer, I spoke with the mold people they said eight days ago they sent you the report, but you told Johanna you never got it, anyway they are sending it back to you today, can I get a copy please of the findings, I know this is a company that tells a lot of lies, why is the supervisor taking this long to address our concerns, and my 300.00 I paid for mold testing in Tamaras bed room, this people are playing with our health and it's not looking good for you people at all

Sent from my Verizon, Samsung Galaxy smartphone

Good Afternoon Ms. Nelson,

As per your request, see attached report. Renewal of leases are due a minimum of 35 days before they expire and earliest that can be done is 120 day. You will not have to leave your apartment while the air scrubbers are running.

Heidy Lopez
**Assistant Community Manager**
O: 718-5( 7-8272
Heidy.Lopez@Fairstead.com

**From:** Maureen Nelson <MNelson1116@hotmail.com>
**Sent:** Thursday, March 25, 2021 4:18 PM
**To:** Heidy Lopez <Heidy.Lopez@fairstead.com>
**Subject:** RE: complaints

I have all the documents for the renewal of the lease, I will definitely send it to you, I asked for a copy of the findings of the mold, I moved in my apartment in 1997 it was an April month, so why do I have to renew my lease in January or February? 48 hours we gotta be out of our apartment, my question is where do we go.

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Heidy Lopez <Heidy.Lopez@fairstead.com>
Date: 3/25/21 4:01 PM (GMT-05:00)
To: Maureen Nelson <MNelson1116@hotmail.com>
Subject: RE: complaints

Good Afternoon Ms. Nelson,

Thank you for your follow up email.

Regarding your concerns of rodents present in your apartment, we have worked diligently with our exterminating company and a licensed exterminator will be at the property on 3/30/2021 and 4/6/2021. At that time they will be treating the whole E Line and surrounding apartments. After the 2nd treatment on 4/6, if you are still experiencing the same issues, please make sure to let me know so I can take a different approach.

Regarding your mold concerns, the company that completed the testing, Safety Universal, is recommending that we install Air scrubbers in all rooms for 48 hours. Safety Universal does not provide that service, they only do the test and make the recommendations. I have reached out to another company for that service. Can you please provide me with at least 2 dates to provide the contractor for access to your apartment. Once the air scrubbers are ran in all rooms as instructed for 48 hours, Safety Universal will need to reassess your apartment and re-test the unit to ensure all mold present are completely eradicated.

Additionally, we were also informed by our team members that your family is pass due for the 2021 annual recertification for the apartment lease. Your recertification is due annually on March 1st. Due to Covid you will not have to come to the office. In order to complete your recertification we are in need of your public assistant breakdown, SSI award letter, and 6 consecutive monthly bank statements. Please make sure to send this over as soon as possible via email to Michelle.Gonzalez@fairstead.com. If it's any easier and of

Sent from my iPhone

Begin forwarded message:

**From:** Tamara Nelson <TamaraN0490@hotmail.com>
**Date:** February 10, 2021 at 6:40:53 PM EST
**To:** David.friedman@fairstead.com, heidy.lopez@fairstead.com
**Subject: STOP IGNORING US!!!**


This is a tenant from 212 crown street, apartment 2E!! I'm writing for the THIRD time with complaints!!! Let me just say that you cannot begin to comprehend HOW FRUSTRATED WE ARE!!!! We keep writing letters, making calls to your company... we are doing EVERYTHING to get your attention and all you are doing is ignoring us!!! Because of your negligence to clean up our mold infestation in our apartment, all three of us are on the STRONGEST asthma pumps!! We have all kinds of prescription drugs in our apartment for sicknesses that we've developed in THIS APARTMENT!!! But clearly all you guys care about is money!!! Today, February 10th 2021- THREE ASTHMATICS had to carry loads of groceries up the flight of stairs because that STUPID elevator constantly breaks down!!! You people get all of this money from the government for your tenants, and instead of you using that money to have the building PROFESSIONALLY renovated... you ignore our complaints!! We complain about the mold, you make it seem like we're crazy! I complain about my bedroom door sticking, instead of you using money that you're getting from us to replace my door, you say it's because of the "heat". We complain about not being able to sleep, nothing!! But you guys can ALWAYS find a way to contact us for rent money!!  The building is a disgusting MESS that's literally falling apart!!! Instead of hiring people to do a quick cheap job, HIRE PROFESSIONALS!!! Mr. Paul and Mr. Ramon can't do EVERYTHING!!!

Sent from my iPhone

Begin forwarded message:

**From:** Tamara Nelson <TamaraN0490@hotmail.com>
**Date:** February 3, 2021 at 11:14:07 PM EST
**To:** heidy.lopez@fairstead.com
**Subject: EMERGENCY**

Begin forwarded message:
<Video.mov>
<Video_1.mov>

**From:** Tamara Nelson <TamaraN0490@hotmail.com>
**Date:** February 3, 2021 at 11:10:38 PM EST
**To:** hiedy.lopez@fairstead.com
**Subject: EMERGENCY**

Hello, my name is Tamara. I'm a tenant at 212 crown street, apartment 2E. I'm
writing due to issues in my apartment, Mr. Friedman seems to be ignoring me
as usual. There are rats in our ceiling coming from the apartment above us 3E,
who refuses to let the exterminator in but WE get the court papers falsely
claiming that we're denying the exterminator entry to our apartment. We are
THREE ASTHMATICS!!! Not only do we have asthma, we've gotten more
illnesses due to the mold in our apartment. We are losing weight!! We are
getting new unknown illnesses. Our hair is falling out!! My kidneys are failing!!
We are on antibiotics almost every other month. In 2019 I've been to the
hospital literally over 16 times!! My mother has been in the hospital maybe 7
times in 2020!!! People that were completely healthy prior to moving into our
current apartment, all sick now!! We have proof of mold in our apartment! We've
done two mold testing! All three of us has had surgeries! We have doctors
letters.  Mr. Friedman knows about the mold but refuses to do anything while
we are literally dying!! We've written letters! I wrote him a letter just last year
while my mom was hospitalized for some mystery illness asking him if he
could at least buy mold killing primer and paint our apartment!! We didn't cause
the mold to grow, so it's not our responsibility to paint the apartment. We've had
leaks in every room, fortunately it never leaked through the ceiling. Not only are
we suffering from MOLD and disgusting rats BUT we do NOT have peace in our
apartment at all!!!! The tenants above us are constantly making noise!! Kids
running around all day and all night! Music blasting!! Things being thrown
down!! It's absolutely ridiculous!!! We need something done ASAP!!! Thank you!

Sent from my iPhone

Begin forwarded message:

**From:** Tamara Nelson <TamaraN0490@hotmail.com>
**Date:** January 29, 2021 at 3:09:25 PM EST
**To:** rentbills@fairstead.com
**Subject: Apartment maintenance.**

Hi, my name is Tamara I'm a tenant of 212 crown street, apt 2E. I'm writing this in hopes that my email can be transferred to the right person/people. My apartment has rats in the ceiling that keeps us up every-single-night! Everyone in my household including myself, are asthmatic and severely allergic to rats. Although they're in the ceiling, it's making us very sick. Also, we have a problem with mold infestation, there's mold spores on our walls and even in our toilet bowl. I've handwritten management asking them to at least paint our apartment with mold killing primer and to replace our toilet because, no matter how many bleach products we use in our toilet, big chunks of mold still falls out of the toilet. The rats and the mold infestation is making us very sick, we need renovations done ASAP!! Please contact me at 929-271-2739, thank you!

# Emergency!!!

## Tamara Nelson

Sun 1/31/2016 2:00 AM

To: NY_Webmanager@hud.gov <NY_Webmanager@hud.gov>;

Hi, my name is Maureen Nelson, I'm writing because I currently live in a Section 8 building with 2 disabled kids which is absolutely unlivable. I have a diabetic daughter and an asthmatic daughter. We live in an apartment with a mold – filled bathroom. We've had 2 leaks in the livingroom. A leak in the hallway. Damp spots in the kitchen. Rodents. Terribly loud neighbors. And the hot water goes out every - single – month. I've complained to the landlord, but he does nothing except lie and harass me for rent I don't owe! The only time he acknowledges my complaints are when I call the city. He has the super who has said he can't do the work they're sending him to do - rush and sloppily do the repairs. Our neighbors above us are inconsiderate. I've made complaints about them a total of 9 times to both the city AND the landlord, yet they continuously make noise. The noise includes kids running around heavily with boots. Foot - stomping. Dropping things all times of the day.. including when we're sleeping, which results in not being able to sleep properly. Furniture dragging all day every single day. The mold is causing my daughter's and I to become very ill? Because I have a daughter with diabetes, she gets ill quicker than everyone else. Since we've been here she's had tonsil problems every single month. It never goes away. She suffers from terrible headaches too! My asthmatic has never had problems with her tonsils until we moved here. I now have difficulties with my throat, which I've never experienced before. We've had a gas leak. We had to wait 2 days before the landlord sent someone to "fix" our stove. My diabetic who's on a strict diet had to stay that long without a home meal. I'm terrified to use my stove. There's mold in the vents? Living here is making us mentally, emotionally and physically sick. We're all depressed. I want to know if and how I can get a section 8 voucher to move out immediately. I'm afraid for my daughters health. Please contact me at 718-735-8351, thank you.

# Good afternoon

**MAUREEN♥ и**

Fri 2/5/2016 12:17 PM

To: bmaldonado@GalilManagement.com <bmaldonado@GalilManagement.com>;

Ms Brenda I'm sorry but I accidentally deleted the pictures but like I mentioned before to you that there is mold behind the tiles in the bathroom.

Sent from my Verizon Wireless 4G LTE smartphone

# A complaint :-)

## Tamara Nelson

Mon 2/0/2016 11:53 AM

To: Bmaldonado@galilmanagement.com <Bmaldonado@galilmanagement.com>;

Hi Ms. Brenda, I'm the daughter of Maureen Nelson. I'm writing you because we have a very serious mold problem... amongst other things. I know that you're most likely under a lot of stress and we probably wouldn't complain as much if it weren't getting us sick. I'm a diabetic, which means I get sick quicker than everyone else. Since being in this apartment, I've had tonsillitis every - single - month and I've got hives all due to the mold. My asthmatic sister has tonsillitis, she can barely breathe and my mother has a throat infection. Before moving here, my mom and sister has NEVER had problems with their tonsils. The mold is very very bad. The super came and patched up the tiles without removing and cleaning them, so the mold is still there, but no longer visible from the outside. Is there anything you can do, please? Thank you

- Tamara

# Just demolish this building

## Tamara Nelson

Mon 7/4/2016 3:37 PM

To:Bmaldonado@galilmanagement.com <Bmaldonado@galilmanagement.com>;

📎 1 attachment (5 MB)

20160704_150717.jpg;

Hi, I'm a tenant in the building. I've written you with complaints numerous times! If possible, can you please forward this to your boss, Joel or whomever owns this disgusting building? Thanks! While your company seems to only care about rent money and have the audacity to keep sending eviction letters, pretty much harassing us for rent when we're living in fear and uncomfortably, what your company SHOULD do is start putting camera's back into the building and enforcing some rules! The building smells like rotten meat and wet clothes. The floors are dirty. Start actually sending letters to the problematic people in this building not just people who owe rent because of lack of repairs in this place. Are you aware that there is mold in this building and it can actually KILL people? Maybe the health inspectors wouldn't come here so often if your company did more than send eviction letters. I am a diabetic! Because of the mold that you people SWEAR is "mud". I'm constantly sick with severe throat infections that I've never had before! I have a disgusting rash on my neck because I'm exposed to the mold. My sister is asthmatic, which, guess what?! Is a respiratory disease! She's exposed to the mold. Yet all your company wants is rent! None of you care about the tenants, just money! My mother who was completely healthy, is now constantly ill because of the mold. Before "Galil management" bought this building, it was clean, safe and peaceful. Now everyone does whatever they want and you guys don't care just as long as the money is flowing. JOEL might as well turn this place into a whore- house! The santos family in 3E have kids running around stomping their feet heavily at all hours of the night! If it's not that, they're sitting outside blocking the staircase while sing Spanish run away music with their guitar or a loud speaker disturbing everyone! Or Nicki in 1H and her friend in 1E have their kids outside screaming like maniacs! Right now we're choking because there are people having a barbecue outside of the building and playing music loudly! But all you guys care about is money. Attached MORE proof about my complaints.

Sent from my Verizon Wireless 4G LTE smartphone

# RE: Mold test

Mᴀᴜʀᴇᴇɴ♥ и

Tue 2/23/2016 5:29 PM

To: Brenda Maldonado <BMaldonado@galilmanagement.com>;

I have court tomorrow. There's mold in the kitchen as well. Just a friendly reminder.

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Brenda Maldonado <BMaldonado@galilmanagement.com>
Date: 02/23/2016 4:52 PM (GMT-05:00)
To: maureennelson_277@hotmail.com
Cc: Jgoldstein@emmgmt.com
Subject: Mold test

*Just a friendly reminder that you have an appointment scheduled for tomorrow morning to do the mold test. Thank you*

*From the Desk of Brenda Maldonado*

*Administrative Assistant*

*Galil Management*

*1465A Flatbush Avenue*

*Brooklyn ,NY 11210*

*Office –347.292.3000*

*Fax – 718.484.2131*

*bmaldonado@GalilManagement.com*

# Fwd: In desperate need of repairs.

Tamara Nelson
Tamara Nelson

Mon 7/27/2015 3:03 PM
Sent Items

To: crownplaza@galilmanagement.com <crownplaza@galilmanagement.com>;

Sent from my Verizon Wireless 4G LTE smartphone

-------- Original message --------
From: Tamara Nelson <TamaraN8490@hotmail.com>
Date: 07/26/2015 1:47 AM (GMT-05:00)
To: CrownPlaza@galilmanagement.com
Subject: In desperate need of repairs.

Hi, my name is Maureen Nelson from Apt. 2E on crown street. My apartment desperately needs quite a few repairs. I don't think that it's safe to prolong the repairs needed in my home. My bathroom; The toilet has very bad mold. My bathtub is disgusting, it's rusty. The bathroom tiles look like they may have mold behind them. My walls and ceilings have holes in them and I need my apartment repainted. All of the doorknobs are old and discolored. My mailbox is VERY difficult to open and close. My daughter has a hole in her closet with wires hanging out. There is large enough spaces beneath the walls, it's big enough for rats to slip through. My living room ceiling had a leak and it looks like it's going to collapse. Thank you very much.

**NYC**
Department of
Housing Preservation
& Development
nyc.gov/hpd

Inspector's Badge #: ENS-IS (10/10)

3860

Date of Inspection:

3 / 7 / 18

In response to complaint # _____
received by the Citizen Service Center at 311, an HPD Code
Inspector visited your apartment or building.

**To view any violations issued within 5 days of the inspection,** visit: *nyc.gov/hpd.*

Violations for the immediate emergency conditions checked
below may be issued:

☐  No Heat
☐  No Hot Water
☐  Lead or Potential Lead Peeling Paint
☐  Missing or Defective Window Guards
☐  No Water
☐  No Electricity
☐  Cascading Water Leaks
☑  Mold
☐  Other :

_____

Emergency conditions will be referred to the Emergency
Services Bureau, which will contact your landlord about making
the necessary repairs and will arrange for the work to be done
if your landlord does not comply. If the landlord has not started
the repairs after seven days, you may call the Emergency
Services Bureau at **(212) 863-5510.**

All violations will be reported to your landlord.

Please report all housing maintenance conditions to your
landlord. If your landlord does not address the condition, please
call the Citizen Service Center **311.**

You may also file a complaint for No Heat and/or No Hot Water
online at *nyc.gov/311.*

311 can be accessed outside of New York City by dialing
**(212) NEW-YORK.** For the hearing impaired the TTY number
is **(212) 504-4115.**

# ⌀Safety Universal

03/16/2021

Fairstead
5302 6th Avenue
Brooklyn, NY 11220

### Re: Mold Investigation at 212 Crown Street #2E , Brooklyn NY

Safety Universal LLC has conducted an onsite fungal investigation to determine whether fungal contamination exists at the above referenced address on **March 11, 2021**. The investigation was conducted by a technician who performed:

- Visual inspection of the location
- Collected Air Samples

**THE VISUAL INSPECTION (VI)**

The Visual Inspection helps reveal obvious fungal on surfaces and determine hidden problems that may go unnoticed to an un-trained eye.
Visual inspection also reveals existing and potential moisture problems in construction materials

**In 2018/2019 there was a leak in the living room and bathroom.
Leak was repaired but since then the tenant has been complaining of respiratory issues and allergies .**

**At the time of the inspection there were no visible dark spots in the whole apartment. All surfaces were dry with no excess of moisture.**

**No odor in the apartment .**

The inspector registered at the time of inspection the outside temperature: 40 'F.

## BIOLOGICAL AIR SAMPLING (BAS)

Biological air samples are the only way to accurately determine how much fungal is in the air. Using specialized equipment, CMC was able to sample measurable amounts of air, which traps airborne fungal spore for analysis. Only with a quantifiable number of spores in a measurable amount of air, is an accurate representation of the indoor air quality possible.

A useful method for interpreting microbiological results is to compare the kinds and levels of organisms detected in different environments. Usual comparisons are indoors to outdoors or complaint areas to non-complaint areas. Specifically,  in buildings without mold problems, the qualitative diversity (types) of airborne fungi indoors and outdoors should be similar. Conversely, the dominating presence of one or two kinds of fungi indoors and the absence of the same kind outdoors may indicate a moisture problem and degraded air quality.

CMC air samples are taken using specialized equipment that both identifies and quantifies all fungal types so you know exactly what is going on the air you breathe.

The samples were collected using a Zefon bio-pump at a collection rate of 15 liters per minute for different amounts of time as specified in chain of custody and in the lab report.
The bio-pump was calibrated prior to sampling, and calibration was verified following the inspection.

As per EMSL Report dated 03/15/2021 the total spores (fungi) concentration registered on :

-Air sample performed in

| | |
|---|---|
| **Living room/dining room** | **127 spores/m3** |
| **Bathroom** | **40 spores/m3** |
| **1st bedroom from left** | **440 spores/m3** |
| **2nd bedroom from left** | **707 spores/m3** |
| **3rd bedroom from left** | **240 spores/m3** |
| **Outside (Ambient)** | **530 spores/m3** |

Analysis was performed by EMSL, an American Industrial Hygiene Association (AHIA) and Environmental Microbiology Accreditation Program (EMLAP) laboratory.

## CONCLUSION
**As per EMSL results there are slightly elevated spores in all rooms.
In the 2nd bedroom from left there is however slightly elevated
stachybotrys spores . Stachybotrys is a form of toxic mold and can cause a
series of issues if not removed right away.**

**The spores seem to be present only in the air , since there is nothing visible
and all areas are dry with no excess of moisture.**

### Recommendations

**Air scrubbers should be installed in all rooms for 48 hours .**

**Once air scrubbers are removed , air samples should be taken to insure
that there is no more presence of spores in the air .**

The most common symptom of exposure to fungal (fungi) is allergies; however symptoms may be
from non-severe to severe, mainly affecting the people with deficient immune systems.

Health hazards from exposure to environmental molds and their metabolites relate to four
broad categories of chemical/biological attributes. These materials may be: 1) irritants, 2)
allergens, 3) toxins, and rarely 4) pathogens. Different mold species may be more or less
hazardous with respect to any or all of these categories. However, risks from exposure to
a particular mold species may vary depending on a number of factors. Uncertainty is
complicated further by a lack of information on specific human responses to well-defined
mold contaminant exposures. In combination, these knowledge gaps make it impossible
to set simple exposure standards for molds and related contaminants.

Mold remediation should always require some level of isolation of materials or
containment. The lower level of containment or isolation involves sealing removed moldy
materials in a plastic bag for disposal. Local area or full area containment decisions should
be made based on the size of the area of growth and the potential for occupant exposure
or building contamination without containment. These decisions should be based on an
understanding of the full scope of mold contamination, including visible and hidden mold
sources.

Should you have any questions regarding the above report, please contact our office.

Thank you,
Safety Universal LLC
*Raphael Sebban*

Raphael Sebban
New York State – DOL Mold Assessor #MA01634



SEEML Reference Number:
191007020

## Southeast Environmental Microbiology Laboratories
102 Edinburgh Court
Greenville, SC 29607
Phone: (864) 233-3770
FAX: (864) 233-6589

The information and data for **Apex Mold Specialists** has been checked for thoroughness and accuracy. The following reports are contained within this document:

☐ Surface/Bulk Report       ☐ Andersen Fungal Report
☒ Spore Trap Report          ☐ Quantitative Fungal Report

Lab Manager Review:    *Rafael Berrios*       Date: 10/07/19

Thank you for using SEEML laboratories. We strive to provide superior quality and service.
SEEML laboratories are accredited through AIHA-LAP, LLC (EMLAP # 173667) for the analysis of Spore Traps and Surface/Bulk Samples.

The data within this report is reliable to three significant figures. The third significant figure is technically unjustified. In this instance, the third figure is reported as an estimate to facilitate the interpretation by the customer.

Confidentiality Notice:
The document(s) contained herein are confidential and privileged information, intended for the exclusive use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of the document(s) is strictly prohibited. If you have received this document in error, please immediately notify us by telephone to arrange for its return. Thank you.

Guidelines for Interpretation:
No accepted quantitative regulatory standards currently exist by which to assess the health risks related to mold and bacterial exposure. Molds and bacteria have been associated with a variety of health effects and sensitivity varies from person to person.
Several organizations, including: the American Conference of Government Industrial Hygienists (ACGIH); the American Industrial Hygiene Association (AIHA); the Indoor Air Quality Association (IAQA); the United States Environmental Protection Agency (USEPA); the Centers for Disease Control (CDC), as well as the California Department of Health Services (CADHS), have all published guidelines for assessment and interpretation of mold resulting from water intrusion in buildings.

Interpretation of the data and information within this document is left to the company, consultant, and/or persons who conducted the fieldwork.



Mold Inspection and Remediation

10/07/2019

Property Address:

212 Crown Street #2E
Brooklyn NY 11225

To whom it may concern,

Enclosed are the laboratory results from the mold inspection air sampling which we
conducted at your property on 10/04/2019.

Based on the lab results, which indicate a typical fungal count compared to the outside
count, as well as the visual inspection performed by our technician; there is not sufficient
mold activity at this time to necessitate the need for remediation in the area tested.

Future mold growth is always a possibility. The Findings stated above are effective for
the present test results. If any future water leak should occur, we would highly
recommend a mold inspection.

Sincerely,

The Apex Mold Specialists Team

NYS Department of Labor Mold Assessor License # CMA00387

*WE ARE COMMITTED TO AN OUTSTANDING CUSTOMER RELATIONSHIP!*

Apex Mold Specialists      800-217-6897      New York      New Jersey      Connecticut

## Spore Trap Report

| | | |
|---|---|---|
| | | Date Sampled: 10/04/19 |
| Attention: Navon S | | Date Received: 10/07/19 |
| Apex Mold Specialists | | Date Analyzed: 10/07/19 |
| 4809 Avenue N. Suite 250 | | Date Reported: 10/07/19 |
| Brooklyn, NY 11234 | | Date Revised: |
| | | Project Name: Maureen Nelson |
| | | Project Address: 212 Crown Street #2E |
| | | Project City, State, ZIP: Brooklyn, NY 11225 |
| | | SEEML Reference # : 191007020 |

**TEST METHOD: DIRECT MICROSCOPY EXAMINATION SEEML SOP 7**

| Client Sample ID | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Location | Outside Control | | | Bedroom | | | | | |
| Lab Sample ID | 191007020-066 | | | 191007020-067 | | | | | |
| Detection Limit (spores/m³) | 13 | | | 13 | | | | | |
| Hyphal Fragments | | | | | | | | | |
| Pollen | 1 | 13 | | | | | | | |
| Spore Trap Used | AOC | | | AOC | | | | | |
| | raw ct. | spores/m³ | % | raw ct. | spores/m³ | % | | | |
| Alternaria | | | | | | | | | |
| Ascospores | 6 | 78 | 6 | | | | | | |
| Basidiospores | 18 | 234 | 18 | 9 | 117 | 60 | | | |
| Bipolaris/Drechslera | | | | | | | | | |
| Chaetomium | | | | | | | | | |
| Cladosporium | 75 | 975 | 76 | 3 | 39 | 20 | | | |
| Curvularia | | | | | | | | | |
| Epicoccum | | | | | | | | | |
| Cercospora | | | | | | | | | |
| Fusarium | | | | | | | | | |
| Memnoniella | | | | | | | | | |
| Nigrospora | | | | | | | | | |
| Penicillium/Aspergillus | | | | 3 | 39 | 20 | | | |
| Polythrincium | | | | | | | | | |
| Rusts | | | | | | | | | |
| Smuts/Periconia/Myxomy | | | | | | | | | |
| Spegazzinia | | | | | | | | | |
| Stachybotrys | | | | | | | | | |
| Stemphylium | | | | | | | | | |
| Tetraploa | | | | | | | | | |
| Torula | | | | | | | | | |
| Ulocladium | | | | | | | | | |
| Colorless/Other Brown* | | | | | | | | | |
| Oidium | | | | | | | | | |
| Zygomycetes | | | | | | | | | |
| Pithomyces | | | | | | | | | |
| Background debris (1-5)** | 3 | | | 3 | | | | | |
| Sample Volume(liters) | 75 | | | 75 | | | | | |
| **TOTAL SPORES/M³** | 99 | **1290** | | 15 | **195** | | | | |

Comments/Revisions:

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The analytical sensitivity is the spores/m³ divided by the raw count, expressed in spores/m³. The limit of detection is the analytical sensitivity (in spores/m³) multiplied by the sample volume (in liters) divided by 1000 liters.

*Colorless, other Brown are spores without a distinctive morphology on spore traps and non-viable surface samples.
**Background debris is the amount of particulate matter present on the slide and is graded from 1-5 with 1 = very light,  2= Light, 3 = Medium, 4 = Heavy, 5 = Very Heavy.  The higher the rating the more likelihood spores may be underestimated.  A rating of 5 should be interpreted as minimal counts and may actually be higher than reported.

**Disclaimer**: The sample results are determined by the sample volume, which is provided by the customer.
This report relates only to the samples tested as they were received.

*Rafael Berrios*
Rafael Berrios, Approved Laboratory Signatory

102 Edinburgh Court
Greenville, SC. 29607
Phone: (864) 233-3770

AIHA-LAP, LLC EMLAP #173667        Texas Lic: LAB10 Page 2 of 12

Form 18.0 Rev 8 03/13/19

# Fungal Descriptions

## Alternaria sp.

Aw - 0.89. Conidia dimensions: 18-83 x 7-18 microns. A very common allergen with an IgE mediated response. It is often found in carpets, textiles and on horizontal surfaces in building interiors. Often found on window frames. Outdoors it may be isolated from samples of soil, seeds and plants. It is commonly found in outdoor samples. The large spore size, 20 - 200 microns in length and 7 - 18 microns in sizes, suggests that the spores from these fungi will be deposited in the nose, mouth and upper respiratory tract. It may be related to bakers' asthma. It has been associated with hypersensitivity pneumonitis. The species *Alternaria alternata* is capable of producing tenuazonic acid and other toxic metabolites that may be associated with disease in humans or animals. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchiospasms; chronic cases may develop pulmonary emphysema.

## Ascospore

A spore borne in a special cell called an ascus. Spores of this type are reported to be allergenic.
All ascomycetes, members of a group of fungi called Ascomycotina, have this type of spore. The minute black dots on rotting wood and leaves or the little cups on lichens are examples of ascomycetes; another is the "truffle" mushroom.

## Aspergillus/Penicillium

These are two of the most commonly found allergenic fungi in problem buildings. *Aspergillus* comes in many varieties (species). Many of the varieties produce toxic substances. It may be associated with symptoms such as sinusitis, allergic bronchiopulmonary aspergillosis, and other allergic symptoms.
*Penicillium* is a variety of mold that is very common indoors and is found in increased numbers in problem buildings. It also has many varieties, some of which produce toxic substances. The symptoms are allergic reactions, mucous membrane irritation, headaches, vomiting, and diarrhea.
Because the spores of *Aspergillus* and *Penicillium* are very similar, they are not differentiated by microscopic analysis and are reported together.

## Aspergillus sp.

Aw 0.75 - 0.82. Reported to be allergenic. Members of this genus are reported to cause ear infections. Many species produce mycotoxins that may be associated with disease in humans and other animals. Toxin production is dependent on the species or a strain within a species and on the food source for the fungus. Some of these toxins have been found to be carcinogenic in animal species. Several toxins are considered potential human carcinogens. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchiospasms; chronic cases may develop pulmonary emphysema; may also be associated with sinusitis, allergic bronchiopulmonary aspergillosis, and other allergic symptoms.

## Basidiospore

Spore from basidiomycetes. Many varieties are reported to be allergenic.

## Bipolaris sp.

A fungus with large spores that could be expected to be deposited in the upper respiratory tract. This fungus can produce the mycotoxin - sterigmatocystin, which has been shown to produce liver and kidney damage when ingested by laboratory animals.

## Botrytis sp.

Aw 0.93. Conidia dimensions: 7-14 x 5-9 microns. It is parasitic on plants and soft fruits. Found in soil and on house plants and vegetables, it is also known as "gray mold". It causes leaf rot on grapes, strawberries, lettuce, etc. It is a well-known allergen, producing asthma type symptoms in greenhouse workers and "wine grower's lung".

## Cercaspora

Common outdoors in agricultural areas, especially during harvest. Parasite of higher plants, causing leaf spot. Commonly found as parasites on higher plants.

## Chaetomium sp.

large ascomycetous fungus producing perithecia. It is found on a variety of substrates containing cellulose, including paper and plant compost. It has been found on paper in sheetrock. It can produce an *Acremonium*-like state on fungal media. Varieties are considered allergenic and have been associated with peritonitis, cutaneous lesions, and system mycosis.

## Cladosporium sp.

Aw 0.88; Aw 0.84. Most commonly identified outdoor fungus. The outdoor numbers are reduced in the winter. The numbers are often high in the summer. Often found indoors in numbers less than outdoor numbers. It is a common allergen. Indoor *Cladosporium* sp. may be different than the species identified outdoors. It is commonly found on the surface of fiberglass duct liners in the interior of supply ducts. A wide variety of plants are food sources for this fungus. It is found on dead plants, woody plants, food, straw, soil, paint, and textiles. Produces greater than 10 antigens. Antigens in commercial extracts are of variable quality and may degrade within weeks of preparation. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include skin lesions, eye ulceration, mycosis (including onychomycosis, an infection of the nails of the feet or hands) edema and bronchiospasms; chronic cases may develop pulmonary emphysema.

## Curvularia sp.

Reported to be allergenic and has been associated with allergic fungal sinusitis. It may cause corneal infections, mycetoma, and infections in immune compromised hosts.

## Dreschlera sp.

Conidia dimensions: 40-120 x 17-28 microns. Found on grasses, grains and decaying food. It can occasionally cause a corneal infection of the eye.

## Epicoccum sp.

Conidia dimensions: 15-25 microns. A common allergen. It is found in plants, soil, grains, textiles and paper products.

## Fusarium sp.

Aw 0.90. A common soil fungus. It is found on a wide range of plants. It is often found in humidifiers. Several species in this genus can produce potent trichothecene toxins. The trichothecene (scirpene) toxin targets the following systems: circulatory, alimentary, skin, and nervous. Produces vomitoxin on grains during unusually damp growing conditions. Symptoms may occur either through ingestion of contaminated grains or possibly inhalation of spores. The genera can produce hemorrhagic syndrome in humans (alimentary toxic aleukia). This is characterized by nausea, vomiting, diarrhea, dermatitis, and extensive internal bleeding. Reported to be allergenic. Frequently involved in eye, skin, and nail infections.

## Myxomycetes

Members of a group of fungi that is included in the category of "slime molds". They're occasionally found indoors, but mainly reside in forested regions on decaying logs, stumps, and dead leaves. Myxomycetes display characteristics of fungi *and* protozoans. In favorable (wet) conditions they exhibit motile, amoeba-like cells, usually bounded only by a plasma membrane, that are variable in size and form. During dry spells, they form a resting body (sclerotium) with dry, airborne spores. These fungi are not known to produce toxins, but can cause hay fever and asthma.

## Memnoniella

Contaminant, found most often with Stachybotrys on wet cellulose. Forms in chains, but it are very similar to Stachybotrys and sometimes is considered to be in the Stachybotrys family. Certain species do produce toxins very similar to the ones produced by Stachybotrys chartarum and many consider the IAQ importance of Memnoniella to be on par with Stachybotrys. Allergenic and infectious properties are not well studied.

## Nigrospora sp.

Commonly found in warm climates, this mold may be responsible for allergic reactions such as hay fever and asthma. It is found on decaying plant material and in the soil. It is not often found indoors.

## Oidium sp.

The asexual phase of *Erysiphe* sp. It is a plant pathogen causing powdery mildews. It is very common on the leaves stems, and flowers of plants. The health effects and allergenicity have not been studied. It does not grow on non-living surfaces such as wood or drywall.

## Penicillium sp.

Aw 0.78 - 0.88. A wide number of organisms have been placed in this genus. Identification to species is difficult. Often found in aerosol samples. Commonly found in soil, food, cellulose and grains. It is also found in paint and compost piles. It may cause hypersensitivity pneumonitis, allergic alveolitis in susceptible individuals. It is reported to be allergenic (skin). It is commonly found in carpet, wallpaper, and in interior fiberglass duct insulation. Some species can produce mycotoxins. Common cause of extrinsic asthma (immediate-type hypersensitivity: type I). Acute symptoms include edema and bronchiospasms; chronic cases may develop pulmonary emphysema. It may also cause headaches, vomiting, and diarrhea.

## Periconia sp.

found in soil, blackened and dead herbaceous stems leaf spots, grasses, rushes, and sedges. Almost always associated with other fungi. Rarely found growing indoors. Reportedly associated with a rare case of mycotic keratitis.

## Pithomyces sp.

A common mold found on dead leaves, plants, soil and especially grasses. Causes facial eczema in ruminants. It exhibits distinctive multi-celled brown conidia. It is not know to be a human allergen or pathogen. It is rarely found indoors, although it can grow on paper.

## Polythrincium sp.

Polythrincium species comprise a very small proportion of the fungal biota. This genus is somewhat related to Ramularia. No information is available regarding health effects, or toxicity. Allergenicity has not been studied. Our laboratory has never seen this organism growing on environmental surfaces. May be identified in air on spore trap samples (spores have distinctive morphology). Also, spores may be seen in dust as part of the normal influx of outdoor microbial particles. Natural habitat is on leaves.

## Rusts/Smuts

These fungi are associated with plant diseases. In the classification scheme of the fungi, the smuts have much in common with the rusts, and they are frequently discussed together. Both groups produce wind-borne, resistant teliospores that serve as the basis for their classification and their means of spread. Rusts usually attack vegetative regions (i.e., leaves and stems) of plants; smuts usually are associated with the reproductive structures (seeds). They can cause hay fever and asthma.

## Spegazzinia

Spegazzinia species comprise a very small proportion of the fungal biota. This genus is somewhat related to other lobed or ornamented genera such as Candelabrum. No information is available regarding health effects or toxicity. Allergenicity has not been studied. Usually identified on spore trap samples where it is seen every few weeks. (Spores have very distinctive morphology.) May also be found in air by culturable (Andersen) samples if a long enough incubation period is provided so that sporulation occurs. Our laboratory has never found this organism growing on indoor environmental surfaces. Natural habitat includes soil and many kinds of trees and plants.

## Stachybotrys sp.

Aw - 0.94 , optimum Aw ->0.98. Several strains of this fungus (*S. atra, S. chartarum* and *S. alternans* are synonymous) may produce a trichothecene mycotoxin- Satratoxin H - which is poisonous by inhalation. The toxins are present on the fungal spores. This is a slow growing fungus on media. It does not compete well with other rapidly growing fungi. The dark colored fungus grows on building material with high cellulose content and low nitrogen content. Areas with a relative humidity above 55%, and are subject to temperature fluctuations, are ideal for toxin production.

Individuals with chronic exposure to the toxin produced by this fungus reported cold and flu symptoms, sore throats, diarrhea, headaches, fatigue, dermatitis, intermittent local hair loss and generalized malaise. Other symptoms include coughs, rhinitis, nosebleed, a burning sensation in the nasal passages, throat, and lungs, and fever. The toxins produced by this fungus will suppress the immune system affecting the lymphoid tissue and the bone marrow. Animals injected with the toxin from this fungus exhibited the following symptoms: necrosis and hemorrhage within the brain, thymus, spleen, intestine, lung, heart, lymph node, liver, and kidney. Affects by absorption of the toxin in the human lung are known as pneumomycosis.

This organism is rarely found in outdoor samples. It is usually difficult to find in indoor air samples unless it is physically disturbed (or possibly -this is speculation- a drop in the relative humidity). The spores are in a gelatinous mass. Appropriate media for the growth of this organism will have high cellulose content and low nitrogen content. The spores will die readily after release. The dead spores are still allergenic and toxigenic. Percutaneous absorption has caused mild symptoms.

## Stemphylium sp.

Reported to be allergenic. Isolated from dead plants and cellulose materials.

## Taeniolella sp.

contaminant primarily grows on wood. It was isolated from human cutaneous and subcutaneous lesions.

## Torula sp.

Found outdoors in air, soil, on dead vegetation, wood, and grasses. Also found indoors on cellulose materials. Reported to be allergenic and may cause hay fever and asthma.

## Tetraploa

Tetraploa species comprise a very small proportion of the fungal biota. This genus is somewhat related to Triposporium and Diplocladiella. The only reported human infections are two cases of keratitis (1970, 1980) and one case of subcutaneous infection of the knee (1990). No information is available regarding other health effects or toxicity. Allergenicity has not been studied. Usually identified on spore trap samples where it is seen every few weeks. (Spores have very distinctive morphology.) Our laboratory has never found this organism growing on indoor environmental surfaces. Natural habitat includes leaf bases and stems just above the soil on many kinds of plants and trees.

## Ulocladium sp.

Aw 0.89. Isolated from dead plants and cellulose materials. Found on textiles.

## Zygomycetes

Zygomycetes are one of the four major groups of fungi, the others being the Oomycetes, the Ascomycetes, and the Basidiomycetes. Zygomycetes are common, fast growing, and often overgrow and/or inhibit other fungi nearby. Rhizopus and Mucor are two of the most common Zygomycetes seen in the indoor environment. However, others are seen as well, including Syncephalastrum, Circinella, Mortierella, Mycotypha, Cunninghamella, and Choanephora. For further information, please see descriptions of these individual genera.

**The following table lists mycotoxins that are produced by certain types of fungi:**

| Fungi | Mycotoxin |
| --- | --- |
| Acremonium crotocinigenum | Crotocin |
| Aspergillus favus | Alfatoxin B, cyclopiazonic acid |
| Aspergillus fumigatus | Fumagilin, gliotoxin |
| Aspergillus carneus | Critrinin |
| Aspergillus clavatus | Cytochalasin, patulin |
| Aspergillus Parasiticus | Alfatoxin B |
| Aspergillus nomius | Alfatoxin B |
| Aspergillus niger | Ochratoxin A, malformin,   oxalicacid |
| Acremonium crotocinigenum | Crotocin |
| Aspergillus nidulans | Sterigmatocystin |
| Aspergillus ochraceus | Ochratoxin A, penicillic acid |
| Aspergillus versicolor | Sterigmatocystin, 5 ethoxysterigmatocystin |
| Aspergillus ustus | Ausdiol, austamide, austocystin,brevianamide |
| Aspergillus terreus | Citreoviridin |
| Alternaria | Alternariol, altertoxin, altenuene, altenusin, tenuazonic acid |
| Arthrinium | Nitropropionic acid |
| Bioploaris | Cytochalasin, sporidesmin, sterigmatocystin |
| Chaetomium | Chaetoglobosin A,B,C.  Sterigmatocystin |
| Cladosporium | Cladosporic acid |
| Clavipes purpurea | Ergotism |
| Cylindrocorpon | Trichothecene |
| Diplodia | Diplodiatoxin |
| Fusarium | Trichothecene, zearalenone |
| Fusarium moniliforme | Fumonisins |
| Emericella nidulans | Sterigmatocystin |
| Gliocladium | Gliotoxin |
| Memnoniella | Griseofulvin , dechlorogriseofulvin, epi-decholorgriseofulvin, trichodermin, trichodermol |
| Myrothecium | Trichothecene |
| Paecilomyces | Patulin, viriditoxin |
| Penicillium aurantiocandidum | Penicillic acid |
| Penicillium aurantiogriseum | Penicillic acid |
| Penicillium brasilanum | Penicillic acid |
| Penicillium brevicompactum | Mycophenolic acid |
| Penicillium camemberti | Cyclopiazonic acid |
| Penicillium carneum | Mycophenolic acid,  Roquefortine C |
| Penicillium crateriforme | Rubratoxin |

| | |
|---|---|
| Penicillium citrinum | Citrinin |
| Penicillium commune | Cyclopiazonic acid |
| Penicillium crustosum | Roquefortine C |
| Penicillium chrysogenum | Roquefortine C |
| Penicillium discolor | Chaetoglobosin C |
| Penicillium expansum | Citrinin, Roquefortine C |
| Penicillium griseofulvum | Roquefortine C, cyclopiazonic acid, griseofulvin |
| Penicillium hirsutum | Roquefortine C |
| Penicillium hordei | Roquefortine C |
| Penicillium nordicum | Ochratoxin A |
| Penicillium paneum | Roquefortine C |
| Penicillium palitans | Cyclopiazonic acid |
| Penicillium polonicum | Penicillic acid |
| Penicillum roqueforti | Roquefortine C, Mycophenolic acid |
| Penicillium veridicatum | Penicillic acid |
| Penicillium verrucosum | Citrinin, ochratoxin A |
| Penicillium/ Aspergillus | Patulin |
| Penicillium/ Aspergillus/Alternaria | Glitoxin |
| Phomopsis | Macrocyclic trichothecenes |
| Phoma | Brefeldin, cytochalasin, secalonic acid, tenuazonic acid |
| Pithomyces | Sporidesmin |
| Rhizoctonia | Slaframine |
| Rhizopus | Rhizonin |
| Sclerotinia | Furanocoumarins |
| Stachybotrys chartarum | Iso-satratoxin F, roridin E, L-2, satratoxin G & H, trichodermin, trichodermol, trichothecene |
| Torula | Cytotoxins |
| Trichoderma | Trichodermin, trichodermol, gliotoxin |
| Trichothecium | Trichothecene |
| Wallemia | Walleminol |
| Zygosporium | Cytochalasin |

# General terms

## Allergen

An allergen is a substance that elicits an IgE antibody response and is responsible for producing allergic reactions. Chemicals are released when IgE on certain cells come into contact with an allergen. These chemicals can cause injury to surrounding tissue - the visible signs of an allergy. Only a few fungal allergens have been characterized but all fungi are thought to be potentially allergenic. Fungal allergens are proteins found in either the mycelium or spores

## "Black mold"

The poorly defined term? Black mold? Or? Toxic black mold? Has usually been associated with the mold *Stachybotrys chartarum*. While there are only a few molds that are truly black, there are many that can appear black. Not all molds that appear to be black are *Stachybotrys*.

## Fungi

Fungi are neither animals nor plants and are classified in a kingdom of their own? The Kingdom of Fungi. Fungi include a very large group of organisms, including molds, yeasts, mushrooms and puffballs. There are >100,000 accepted fungal species but current estimates range to 1.5 million species. Mycologists (people who study fungi) have grouped fungi into four large groups according to their method of reproduction.

## Hidden mold

This refers to visible mold growth on building structures that is not easily seen, including the areas above drop ceilings, within a wall cavity (the space between the inner and outer structure of a wall), inside air handlers, or within the ducting of a heating/ventilation system.

## Microbial Volatile Organic Compounds (MVOCs)

Fungi produce chemicals as a result of their metabolism. Some of these chemicals, MVOCs, are responsible for the characteristic moldy, musty, or earthy smell of fungi, whether mushrooms or molds. Some MVOCs are considered offensive or annoying. Specific MVOCs are thought to be characteristic of wood rot and mold growth on building materials. The human nose is very sensitive to mold odors and sometimes more so than current analytical instruments.

## Mold

Molds are a group of organisms that belong to the Kingdom of Fungi (see Fungi). Even though the terms mold and fungi had been commonly referred to interchangeably, all molds are fungi, but not all fungi are molds.

## Mycotoxin

Mycotoxins are compounds produced by some fungi that are toxic to humans or animals. By convention, the term? Mycotoxin? Excludes mushroom toxins. Fungi that produce mycotoxins are called "toxigenic fungi.

## Spore

General Term for a reproductive structure in fungi, bacteria and some plants. In fungi, the spore is the structure which may be used for dissemination and may be resistant to adverse environmental conditions.

## Toxic mold

The term? Toxic mold" has no scientific meaning since the mold itself is not toxic. The metabolic byproducts of some molds may be toxic (see mycotoxin).

## Hypha (plural, hyphae)

An individual fungal thread or filament of connected cells; the thread that represents the individual parts of the fungal body.

**EMLab P&K**

3000 Lincoln Drive East, Suite A, Marlton, NJ 08053
(866) 871-1984  Fax (856) 334-1040  www.emlab.com

Client: Environmental Management Solutions of NY, Inc.
C/O: Bob Friedl
Re: Lead Investigations; 212 Crown St. Apt 2E Brooklyn

Date of Sampling: 05-19-2016
Date of Receipt: 05-23-2016
Date of Report: 05-25-2016

## MoldRANGE™: Extended Outdoor Comparison
### Outdoor Location: 4, Outside Building

| Fungi Identified | Outdoor data | Typical Outdoor Data for: May in New York† (n‡=1085) | | | | | | Typical Outdoor Data for: The entire year in New York† (n‡=15489) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spores/m3 | very low | low | med | high | very high | freq % | very low | low | med | high | very high | freq % |
| **Generally able to grow indoors\*** | | | | | | | | | | | | | |
| Alternaria | - | 7 | 7 | 13 | 33 | 53 | 26 | 7 | 13 | 27 | 67 | 110 | 38 |
| Bipolaris/Drechslera group | - | 7 | 7 | 13 | 13 | 40 | 3 | 7 | 7 | 13 | 27 | 40 | 6 |
| Chaetomium | - | 7 | 13 | 17 | 55 | 80 | 3 | 7 | 7 | 13 | 27 | 50 | 4 |
| Cladosporium | 160 | 33 | 60 | 210 | 630 | 1,100 | 84 | 27 | 53 | 290 | 1,200 | 2,300 | 80 |
| Curvularia | - | 5 | 7 | 10 | 20 | 52 | 2 | 7 | 7 | 13 | 40 | 78 | 13 |
| Nigrospora | - | 7 | 7 | 13 | 24 | 52 | 2 | 7 | 7 | 13 | 27 | 40 | 9 |
| Penicillium/Aspergillus types | - | 21 | 33 | 110 | 250 | 390 | 44 | 27 | 40 | 110 | 360 | 680 | 50 |
| Stachybotrys | - | 7 | 7 | 13 | 50 | 130 | 2 | 7 | 7 | 13 | 53 | 130 | 2 |
| Torula | - | 7 | 7 | 20 | 53 | 60 | 2 | 7 | 7 | 13 | 33 | 53 | 4 |
| **Seldom found growing indoors\*\*** | | | | | | | | | | | | | |
| Ascospores | 27 | 53 | 110 | 370 | 1,600 | 3,000 | 90 | 27 | 53 | 290 | 1,100 | 2,000 | 74 |
| Basidiospores | 80 | 80 | 160 | 640 | 2,200 | 4,600 | 99 | 53 | 110 | 960 | 4,700 | 9,400 | 94 |
| Rusts | - | 7 | 7 | 13 | 17 | 27 | 4 | 7 | 8 | 20 | 53 | 110 | 21 |
| Smuts, Periconia, Myxomycetes | - | 7 | 10 | 20 | 53 | 97 | 52 | 7 | 13 | 27 | 93 | 170 | 55 |
| § TOTAL SPORES/m3 | 270 | | | | | | | | | | | | |

†The 'Typical Outdoor Data' represents the typical outdoor spore levels for the location and time frame indicated. The last column represents the frequency of occurrence. The very low, low, med, high, and very high values represent the 10, 20, 50, 80, and 90 percentile values of the spore type when it is detected. For example, if the frequency of occurrence is 63% and the low value is 53, it would mean that the given spore type is detected 63% of the time and, when detected, 20% of the time it is present in levels above the detection limit and below 53 spores/m3. These values are updated periodically, and if enough data is not available to make a statistically meaningful assessment, it is indicated with a dash.

§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

\* The spores in this category are generally capable of growing on wet building materials in addition to growing outdoors. Building related growth is dependent upon the fungal type, moisture level, type of material, and other factors. *Cladosporium* is one of the predominant spore types worldwide and is frequently present in high numbers. *Penicillium/Aspergillus* species colonize both outdoor and indoor wet surfaces rapidly and are very easily dispersed. Other genera are usually present in lesser numbers.

\*\* These fungi are generally not found growing on wet building materials. For example, the rusts and smuts are obligate plant pathogens. However, in each group there are notable exceptions. For example, agents of wood decay are members of the basidiomycetes and high counts of a single morphological type of basidiospore on an inside sample should be considered significant.

‡n = number of samples used to calculate data.

Interpretation of the data contained in this report is left to the client or the persons who conducted the field work. This report is provided for informational and comparative purposes only and should not be relied upon for any other purpose. 'Typical outdoor data' are based on the results of the analysis of samples delivered to and analyzed by EMLab P&K and assumptions regarding the origins of those samples. Sampling techniques, contaminants infecting samples, unrepresentative samples and other similar or dissimilar factors may affect these results. In addition, EMLab P&K may not have received and tested a representative number of samples for every region or time period. EMLab P&K hereby disclaims any liability for any and all direct, indirect, punitive, incidental, special or consequential damages arising out of the use or interpretation of the data contained in, or any actions taken or omitted in reliance upon, this report.

# CHAIN OF CUSTODY
## EMLab P&K
### A TestAmerica Company
www.EMLabPK.com

New Jersey: 3000 Lincoln Drive East, Suite A, Marlton, NJ 08053 * (866) 871-1984
Phoenix, AZ: 1501 West Knudson drive, Phoenix, AZ 85027 * (800) 651-4802
San Bruno, CA: 1150 Bayhill Drive, #100, San Bruno, CA 94066 * (866) 888-6653

001543801

| Weather | Fog | Rain | Snow | Wind | Clear |
|---|---|---|---|---|---|
| Level None | ✓ | ✓ | ✓ | | |
| Light | | | | ✓ | |
| Moderate | | | | | |
| Heavy | | | | | |

## CONTACT INFORMATION

| Company: | EmSol NY | Address: | 23 State Street Ossining NY |
|---|---|---|---|
| Contact: | Bob Friedl | Special Instructions: | |
| Phone: | 914 906 4157 | | |

## PROJECT INFORMATION

| Project ID: | Lead investigations |
|---|---|
| Project Description: | 212 Crown St. Apt 2E Brooklyn |
| Project Zip Code: | Sampling Date & Time: 5/18/16 1330 |
| PO Number: | Sampled By: B Friedl |

## TURN AROUND TIME CODES (TAT)

STD – Standard (DEFAULT)
ND – Next Business Day
SD – Same Business Day Rush
WH – Weekend / Holiday

Rushes received after 2 pm or on weekends, will be considered received the next business day. Please alert us in advance of weekend analysis needs.

| Sample ID | Description | Sample Type (Below) | TAT (Above) | Total Volume / Area (as applicable) | Notes (Time of day, Temp, RH, etc.) |
|---|---|---|---|---|---|
| 1 | Bath Room | ST | STD | 150 l | |
| 2 | Kitchen | | | | |
| 3 | Living Room | | | | |
| 4 | Outside Building | | | | |
| 5 | | | | | |
| 6 | | | | | |

### SAMPLE TYPE CODES

| BC – BioCassette ™ | ST – Spore Trap: Zefon, Allergenco, Burkard ... | T – Tape | D – Dust |
|---|---|---|---|
| A1S – Anderson | | SW – Swab | SO – Soil |
| SAS – Surface Air Sampler | P – Potable Water | B – Bulk | |
| CP – Contact Plate | NP – Non-Potable Water | O – Other: | |

| RELINQUISHED BY | DATE & TIME | RECEIVED BY | DATE & TIME |
|---|---|---|---|
| Bob Friedl | 5/18/16 1700 | | 5/23/16 09:35 |

By submitting this Chain of Custody, you agree to be bound by the terms and conditions set forth at http://www.emlab.com/s/main/serviceterms.html

Copyright © 2002-2013 EMLab P&K

Doc. A: 192 Rev 28 Revised 4/25/133 Page 1 of 1, QA

**EMLab P&K**
3000 Lincoln Drive East, Suite A, Marlton, NJ 08053
(866) 871-1984  Fax (856) 334-1040  www.emlab.com

Client: Environmental Management Solutions of NY, Inc.
C/O: Bob Friedl
Re: Lead Investigations; 212 Crown St. Apt 2E Brooklyn

Date of Sampling: 05-19-2016
Date of Receipt: 05-23-2016
Date of Report: 05-25-2016

## MoldRANGE™: Extended Outdoor Comparison
## Outdoor Location: 5, Outside Building

| Fungi Identified | Outdoor data | Typical Outdoor Data for: May in New York† (n‡=1085) | | | | | | Typical Outdoor Data for: The entire year in New York† (n‡=15489) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spores/m3 | very low | low | med | high | very high | freq % | very low | low | med | high | very high | freq % |
| **Generally able to grow indoors\*** | | | | | | | | | | | | | |
| Alternaria | - | 7 | 7 | 13 | 33 | 53 | 26 | 7 | 13 | 27 | 67 | 110 | 38 |
| Bipolaris/Drechslera group | - | 7 | 7 | 13 | 13 | 40 | 3 | 7 | 7 | 13 | 27 | 40 | 6 |
| Chaetomium | - | 7 | 13 | 17 | 55 | 80 | 3 | 7 | 7 | 13 | 27 | 50 | 4 |
| Cladosporium | 53 | 33 | 60 | 210 | 630 | 1,100 | 84 | 27 | 53 | 290 | 1,200 | 2,300 | 80 |
| Curvularia | - | 5 | 7 | 10 | 20 | 52 | 2 | 7 | 7 | 13 | 40 | 78 | 13 |
| Nigrospora | 7 | 7 | 7 | 13 | 24 | 52 | 2 | 7 | 7 | 13 | 27 | 40 | 9 |
| Penicillium/Aspergillus types | - | 21 | 33 | 110 | 250 | 390 | 44 | 27 | 40 | 110 | 360 | 680 | 50 |
| Stachybotrys | - | 7 | 7 | 13 | 50 | 130 | 2 | 7 | 7 | 13 | 53 | 130 | 2 |
| Torula | - | 7 | 7 | 20 | 53 | 60 | 2 | 7 | 7 | 13 | 33 | 53 | 4 |
| **Seldom found growing indoors\*\*** | | | | | | | | | | | | | |
| Ascospores | 80 | 53 | 110 | 370 | 1,600 | 3,000 | 90 | 27 | 53 | 290 | 1,100 | 2,000 | 74 |
| Basidiospores | 210 | 80 | 160 | 640 | 2,200 | 4,600 | 99 | 53 | 110 | 960 | 4,700 | 9,400 | 94 |
| Rusts | - | 7 | 7 | 13 | 17 | 27 | 4 | 7 | 8 | 20 | 53 | 110 | 21 |
| Smuts, Periconia, Myxomycetes | 47 | 7 | 10 | 20 | 53 | 97 | 52 | 7 | 13 | 27 | 93 | 170 | 55 |
| **§ TOTAL SPORES/m3** | **400** | | | | | | | | | | | | |

†The 'Typical Outdoor Data' represents the typical outdoor spore levels for the location and time frame indicated. The last column represents the frequency of occurrence. The very low, low, med, high, and very high values represent the 10, 20, 50, 80, and 90 percentile values of the spore type when it is detected. For example, if the frequency of occurrence is 63% and the low value is 53, it would mean that the given spore type is detected 63% of the time and, when detected, 20% of the time it is present in levels above the detection limit and below 53 spores/m3. These values are updated periodically, and if enough data is not available to make a statistically meaningful assessment, it is indicated with a dash.

§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

\* The spores in this category are generally capable of growing on wet building materials in addition to growing outdoors. Building related growth is dependent upon the fungal type, moisture level, type of material, and other factors. *Cladosporium* is one of the predominant spore types worldwide and is frequently present in high numbers. *Penicillium/Aspergillus* species colonize both outdoor and indoor wet surfaces rapidly and are very easily dispersed. Other genera are usually present in lesser numbers.

\*\* These fungi are generally not found growing on wet building materials. For example, the rusts and smuts are obligate plant pathogens. However, in each group there are notable exceptions. For example, agents of wood decay are members of the basidiomycetes and high counts of a single morphological type of basidiospore on an inside sample should be considered significant.

‡n = number of samples used to calculate data.

Interpretation of the data contained in this report is left to the client or the persons who conducted the field work. This report is provided for informational and comparative purposes only and should not be relied upon for any other purpose. "Typical outdoor data" are based on the results of the analysis of samples delivered to and analyzed by EMLab P&K and assumptions regarding the origins of those samples. Sampling techniques, contaminants infecting samples, unrepresentative samples and other similar or dissimilar factors may affect these results. In addition, EMLab P&K may not have received and tested a representative number of samples for every region or time period. EMLab P&K hereby disclaims any liability for any and all direct, indirect, punitive, incidental, special or consequential damages arising out of the use or interpretation of the data contained in, or any actions taken or omitted in reliance upon, this report.

EMS of NY

*[handwritten margin note:]* Mold test was based off of "visible" mold. landlord can super to hide the visible mold the day before testing.

## Results:

<u>Spore Trap Sampling</u> – Total Fungal Spore Count

Analytical results of total fungal spore sample set, showed lower spore counts inside of the apartment compared to those outside of the building.

Fungal types were similar inside the apartment compared to those identified in outside of the building with the exception of Penicillium/Aspergillus Types.

**Fungal types identified in the Apartment**
Ascospores
Basidiospores
Chaetomium
Cladosporium
Penicillium/Aspergillus Types  *[handwritten:]* — Dangerous when you have to breathe it in everyday
Smuts, Periconia, Myxomycetes

**Fungal types identified outdoors**
Ascospores
Basidiospores
Chaetomium
Cladosporium
Nigrospora
Smuts, Periconia, Myxomycetes

*Ascospores* are ubiquitous in nature and are commonly found in the outdoor environment. Some fungi that belong to the ascomycete family include the sexual forms of *Penicillium/Aspergillus, Chaetomium,* etc. that may be frequently found growing on damp substrates. This fungi is a potential water intrusion/indicator mold and are capable of Mycotoxin production.

*Basidiospores* are saprophytes and plant pathogens and are commonly found in gardens, forests, and woodlands. They also include organisms that are the agent of "dry rot" and other fungi that cause white and brown wood rot, which may grow and destroy the structural wood of buildings.

*Chaetomium* is often found on materials containing cellulose such as sheetrock paper, or other wet materials.

*Cladosporium* is a common outdoor mold. They are commonly found on dead plants, food, textiles, and a variety of other surfaces. Indoors, they can grow on a variety of substances including textiles, wood, moist windowsills, etc. It can grow at 0°C and is associated with refrigerated foods.

212 Crown Street, Apartment 2E, Brooklyn, NY

**EMLab P&K**
3000 Lincoln Drive East, Suite A, Marlton, NJ 08053
(866) 871-1984  Fax (856) 334-1040  www.emlab.com

Client: Environmental Management Solutions of NY, Inc.
C/O: Bob Friedl
Re: Lead Investigations; 212 Crown St. Apt 2E
Brooklyn

Date of Sampling: 05-19-2016
Date of Receipt: 05-23-2016
Date of Report: 05-25-2016

## MoldRANGE™: Extended Outdoor Comparison
### Outdoor Location: 6, Outside Building

| Fungi Identified | Outdoor data | Typical Outdoor Data for: May in New York† (n‡=1085) | | | | | | Typical Outdoor Data for: The entire year in New York† (n‡=15489) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spores/m3 | very low | low | med | high | very high | freq % | very low | low | med | high | very high | freq % |
| **Generally able to grow indoors*** | | | | | | | | | | | | | |
| Alternaria | - | 7 | 7 | 13 | 33 | 53 | 26 | 7 | 13 | 27 | 67 | 110 | 38 |
| Bipolaris/Drechslera group | - | 7 | 7 | 13 | 13 | 40 | 3 | 7 | 7 | 13 | 27 | 40 | 6 |
| Chaetomium | 7 | 7 | 13 | 17 | 55 | 80 | 3 | 7 | 7 | 13 | 27 | 50 | 4 |
| Cladosporium | 160 | 33 | 60 | 210 | 630 | 1,100 | 84 | 27 | 53 | 290 | 1,200 | 2,300 | 80 |
| Curvularia | - | 5 | 7 | 10 | 20 | 52 | 2 | 7 | 7 | 13 | 40 | 78 | 13 |
| Nigrospora | - | 7 | 7 | 13 | 24 | 52 | 2 | 7 | 7 | 13 | 27 | 40 | 9 |
| Penicillium/Aspergillus types | - | 21 | 33 | 110 | 250 | 390 | 44 | 27 | 40 | 110 | 360 | 680 | 50 |
| Stachybotrys | - | 7 | 7 | 13 | 50 | 130 | 2 | 7 | 7 | 13 | 53 | 130 | 2 |
| Torula | - | 7 | 7 | 20 | 53 | 60 | 2 | 7 | 7 | 13 | 33 | 53 | 4 |
| **Seldom found growing indoors**** | | | | | | | | | | | | | |
| Ascospores | 53 | 53 | 110 | 370 | 1,600 | 3,000 | 90 | 27 | 53 | 290 | 1,100 | 2,000 | 74 |
| Basidiospores | 160 | 80 | 160 | 640 | 2,200 | 4,600 | 99 | 53 | 110 | 960 | 4,700 | 9,400 | 94 |
| Rusts | - | 7 | 7 | 13 | 17 | 27 | 4 | 7 | 8 | 20 | 53 | 110 | 21 |
| Smuts, Periconia, Myxomycetes | 20 | 7 | 10 | 20 | 53 | 97 | 52 | 7 | 13 | 27 | 93 | 170 | 55 |
| **§ TOTAL SPORES/m3** | **400** | | | | | | | | | | | | |

†The 'Typical Outdoor Data' represents the typical outdoor spore levels for the location and time frame indicated. The last column represents the frequency of occurrence. The very low, low, med, high, and very high values represent the 10, 20, 50, 80, and 90 percentile values of the spore type when it is detected. For example, if the frequency of occurrence is 63% and the low value is 53, it would mean that the given spore type is detected 63% of the time and, when detected, 20% of the time it is present in levels above the detection limit and below 53 spores/m3. These values are updated periodically, and if enough data is not available to make a statistically meaningful assessment, it is indicated with a dash.

§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

* The spores in this category are generally capable of growing on wet building materials in addition to growing outdoors. Building related growth is dependent upon the fungal type, moisture level, type of material, and other factors. *Cladosporium* is one of the predominant spore types worldwide and is frequently present in high numbers. *Penicillium/Aspergillus* species colonize both outdoor and indoor wet surfaces rapidly and are very easily dispersed. Other genera are usually present in lesser numbers.

** These fungi are generally not found growing on wet building materials. For example, the rusts and smuts are obligate plant pathogens. However, in each group there are notable exceptions. For example, agents of wood decay are members of the basidiomycetes and high counts of a single morphological type of basidiospore on an inside sample should be considered significant.

‡n = number of samples used to calculate data.

Interpretation of the data contained in this report is left to the client or the persons who conducted the field work. This report is provided for informational and comparative purposes only and should not be relied upon for any other purpose. "Typical outdoor data" are based on the results of the analysis of samples delivered to and analyzed by EMLab P&K and assumptions regarding the origins of those samples. Sampling techniques, contaminants infecting samples, unrepresentative samples and other similar or dissimilar factors may affect these results. In addition, EMLab P&K may not have received and tested a representative number of samples for every region or time period. EMLab P&K hereby disclaims any liability for any and all direct, indirect, punitive, incidental, special or consequential damages arising out of the use or interpretation of the data contained in, or any actions taken or omitted in reliance upon, this report.

examination, the prepared samples are observed for the presence of any structures or skewing of spore distribution that may indicate growth in the sample being analyzed. In the quantitative examination, the mold spores detected in the sample are counted and reported as spores per $cm^2$, spores per gram (or 1000mg), or spores per swab/wipe, etc depending on the sample type. These methodologies do not differentiate between viable and non-viable fungal spores.

2. **Air Samples- Spore Trap Device**

Spore traps are a unique sampling device designed for the rapid collection and analysis of a wide range of airborne particulates, including fungal spores. While analyzing the sample, the analyst takes a number of variables into account to select the proper analytical method to accurately determine the densities of the various spores on the trace. The densities of the debris and the spores on the trace will determine the approach to analyzing the sample. In general, the sample is directly mounted under the microscope and the various airborne particles detected are counted at a minimum of 200X magnification and up to 1000X magnification, with the entire trace (100% of the sample) being analyzed at 200X or 600X. This method does not differentiate between viable and non-viable fungal spores. This technique does not allow for the differentiation between *Aspergillus* and *Penicillium* spores. Additionally, depending on morphology, other non-distinctive spores are reported in categories such as ascospores or basidiospores. All slides are graded with the following debris scale for data qualification.

| Debris Rating | Description | Interpretation |
|---|---|---|
| None | No particles detected. | No particulates on slide. The absence of particulates could indicate improper sampling as most air samples typically capture some particles. |
| <1+ | Good visibility. A few particles detected. | Reported values are not affected by debris. |
| 1+ | Good visibility. No crowding of particles. | |
| 2+ | Decent visibility. Particles beginning to crowd. | Non-microbial particulates can mask the presence of fungal spores. As a result, actual values could be higher than the numbers reported. Higher debris ratings increase the probability of this bias. |
| 3+ | Decent visibility. Particles beginning to crowd. | |
| 4+ | Poor visibility. Particles beginning to overlap. | Excessive debris detected in the sample. Counts reported may vary drastically and actual values could be higher than the numbers reported. The sample should be collected at a shorter time interval, or other measures taken to reduce the collection of non-microbial debris. In addition, a >4+ rating will only allow for a count from the perimeter of the slide. |
| >4+ | Poor visibility. Particles overlapping. | |

3. **Comments**

Comments identify issues or events that are relevant to your analytical results. A comment includes information about any peculiar observation or situation encountered while analyzing the sample. In each case, the comments provide significant information vital to the interpretation of the laboratory data.

4. **Data Interpretation**

**EMLab P&K**
3000 Lincoln Drive East, Suite A, Marlton, NJ 08053
(866) 871-1984  Fax (856) 334-1040  www.emlab.com

Client: Environmental Management Solutions of NY,
Inc.
C/O: Bob Friedl
Re: Lead Investigations; 212 Crown St. Apt 2E
Brooklyn

Date of Sampling: 05-19-2016
Date of Receipt: 05-23-2016
Date of Report: 05-25-2016

## MoldRANGE™: Extended Outdoor Comparison
### Outdoor Location: 6, Outside Building

| Fungi Identified | Outdoor data | Typical Outdoor Data for: May in New York† (n‡=1085) | | | | | | Typical Outdoor Data for: The entire year in New York† (n‡=15489) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | spores/m3 | very low | low | med | high | very high | freq % | very low | low | med | high | very high | freq % |
| **Generally able to grow indoors*** | | | | | | | | | | | | | |
| Alternaria | - | 7 | 7 | 13 | 33 | 53 | 26 | 7 | 13 | 27 | 67 | 110 | 38 |
| Bipolaris/Drechslera group | - | 7 | 7 | 13 | 13 | 40 | 3 | 7 | 7 | 13 | 27 | 40 | 6 |
| Chaetomium | 7 | 7 | 13 | 17 | 55 | 80 | 3 | 7 | 7 | 13 | 27 | 50 | 4 |
| Cladosporium | 160 | 33 | 60 | 210 | 630 | 1,100 | 84 | 27 | 53 | 290 | 1,200 | 2,300 | 80 |
| Curvularia | - | 5 | 7 | 10 | 20 | 52 | 2 | 7 | 7 | 13 | 40 | 78 | 13 |
| Nigrospora | - | 7 | 7 | 13 | 24 | 52 | 2 | 7 | 7 | 13 | 27 | 40 | 9 |
| Penicillium/Aspergillus types | - | 21 | 33 | 110 | 250 | 390 | 44 | 27 | 40 | 110 | 360 | 680 | 50 |
| Stachybotrys | - | 7 | 7 | 13 | 50 | 130 | 2 | 7 | 7 | 13 | 53 | 130 | 2 |
| Torula | - | 7 | 7 | 20 | 53 | 60 | 2 | 7 | 7 | 13 | 33 | 53 | 4 |
| **Seldom found growing indoors**** | | | | | | | | | | | | | |
| Ascospores | 53 | 53 | 110 | 370 | 1,600 | 3,000 | 90 | 27 | 53 | 290 | 1,100 | 2,000 | 74 |
| Basidiospores | 160 | 80 | 160 | 640 | 2,200 | 4,600 | 99 | 53 | 110 | 960 | 4,700 | 9,400 | 94 |
| Rusts | - | 7 | 7 | 13 | 17 | 27 | 4 | 7 | 8 | 20 | 53 | 110 | 21 |
| Smuts, Periconia, Myxomycetes | 20 | 7 | 10 | 20 | 53 | 97 | 52 | 7 | 13 | 27 | 93 | 170 | 55 |
| **§ TOTAL SPORES/m3** | 400 | | | | | | | | | | | | |

†The 'Typical Outdoor Data' represents the typical outdoor spore levels for the location and time frame indicated. The last column represents the frequency of occurrence. The very low, low, med, high, and very high values represent the 10, 20, 50, 80, and 90 percentile values of the spore type when it is detected. For example, if the frequency of occurrence is 63% and the low value is 53, it would mean that the given spore type is detected 63% of the time and, when detected, 20% of the time it is present in levels above the detection limit and below 53 spores/m3. These values are updated periodically, and if enough data is not available to make a statistically meaningful assessment, it is indicated with a dash.

§ Total Spores/m3 has been rounded to two significant figures to reflect analytical precision.

* The spores in this category are generally capable of growing on wet building materials in addition to growing outdoors. Building related growth is dependent upon the fungal type, moisture level, type of material, and other factors. *Cladosporium* is one of the predominant spore types worldwide and is frequently present in high numbers. *Penicillium/Aspergillus* species colonize both outdoor and indoor wet surfaces rapidly and are very easily dispersed. Other genera are usually present in lesser numbers.

** These fungi are generally not found growing on wet building materials. For example, the rusts and smuts are obligate plant pathogens. However, in each group there are notable exceptions. For example, agents of wood decay are members of the basidiomycetes and high counts of a single morphological type of basidiospore on an inside sample should be considered significant.

‡n = number of samples used to calculate data.

Interpretation of the data contained in this report is left to the client or the persons who conducted the field work. This report is provided for informational and comparative purposes only and should not be relied upon for any other purpose. "Typical outdoor data" are based on the results of the analysis of samples delivered to and analyzed by EMLab P&K and assumptions regarding the origins of those samples. Sampling techniques, contaminants infecting samples, unrepresentative samples and other similar or dissimilar factors may affect these results. In addition, EMLab P&K may not have received and tested a representative number of samples for every region or time period. EMLab P&K hereby disclaims any liability for any and all direct, indirect, punitive, incidental, special or consequential damages arising out of the use or interpretation of the data contained in, or any actions taken or omitted in reliance upon, this report.

**EMLab P&K**
3000 Lincoln Drive East, Suite A, Marlton, NJ 08053
(866) 871-1984  Fax (856) 334-1040  www.emlab.com

Client: Environmental Management Solutions of NY, Inc.
C/O: Bob Friedl
Re: Lead Investigations; 212 Crown St. Apt 2E Brooklyn

Date of Sampling: 05-19-2016
Date of Receipt: 05-23-2016
Date of Report: 05-25-2016

## SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | 1: Bathroom | | | | 2: Kitchen | | | | 3: Living Room | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | | | None | | | | None | | | |
| Lab ID-Version‡ | 7154912-1 | | | | 7154913-1 | | | | 7154914-1 | | | |
| Analysis Date | 05/25/2016 | | | | 05/25/2016 | | | | 05/25/2016 | | | |
| Sample volume (liters) | 150 | | | | 150 | | | | 150 | | | |
| Background debris (1-4+)†† | 2+ | | | | 1+ | | | | 1+ | | | |
| | Count | Count/m3 | DL/m3* | % | Count | Count/m3 | DL/m3* | % | Count | Count/m3 | DL/m3* | % |
| Hyphal fragments | 1 | 7 | 7 | n/a | | | | | 3 | 20 | 7 | n/a |
| Pollen | | | | | | | | | 1 | 7 | 7 | n/a |
| § TOTAL FUNGAL SPORES | 4 | 87 | n/a | 100 | 17 | 190 | n/a | 100 | 12 | 240 | n/a | 100 |
| Ascospores | | | | | | | | | 1 | 27 | 27 | 11 |
| Basidiospores | 1 | 27 | 27 | 31 | 2 | 53 | 27 | 28 | 5 | 130 | 27 | 56 |
| Chaetomium | 1 | 7 | 7 | 8 | 11 | 73 | 7 | 38 | 2 | 13 | 7 | 6 |
| Cladosporium | 2 | 53 | 27 | 62 | 1 | 27 | 27 | 14 | 2 | 53 | 27 | 22 |
| Nigrospora | | | | | | | | | | | | |
| Penicillium/Aspergillus types | | | | | 1 | 27 | 27 | 14 | | | | |
| Smuts, Periconia, Myxomycetes | | | | | 2 | 13 | 7 | 7 | 2 | 13 | 7 | 6 |
| Stachybotrys | | | | | | | | | | | | |
| Stemphylium | | | | | | | | | | | | |
| Torula | | | | | | | | | | | | |
| Ulocladium | | | | | | | | | | | | |
| Zygomycetes | | | | | | | | | | | | |

Comments:

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3: The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

*The DL/m3 has been rounded to a whole number.

††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher than reported. It is important to account for samples volumes when evaluating dust levels.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Fungal Spores has been rounded to two significant figures to reflect analytical precision.

EMLab P&K, LLC

EMLab ID: 1543801, Page 2 of 3

# EMS NY

ENVIRONMENTAL MANAGEMENT SOLUTIONS OF NEW YORK, INC.

**23 STATE STREET**
**OSSINING, NY 10510**

**TEL.: (914) 762-6333**
**FAX: (914) 762-5578**

WWW.EMSOFNY.COM

**Environmental**
**Science**

**Safety**
**Engineering**

**Industrial**
**Hygiene**

**Environmental**
**and**
**Occupational**
**Health**

**Medical**
**Ecology**

**Hazardous**
**Materials**
**Management**

**Laboratory**
**Testing**

**Environmental**
**Health and**
**Safety Training**

**Emergency**
**Response**
**Services**

**Remediation**
**and Restoration**
**Services**

May 31, 2016

Lead Investigations
147 Prince Street
Brooklyn, NY 11201
Attn: Nate Weinberg
Tel: 718-855-2200

Re: Indoor Air Quality/Mold Investigation 212 Crown Street, Apartment 2E, Brooklyn, NY

Dear Mr. Weinberg,

Please find enclosed the report regarding the above referenced indoor air quality/microbial sampling that was performed on May 19, 2016 within the above referenced property.

Should you have any questions or require further information please contact our office at (914) 762-6333.

Sincerely,
Environmental Management Solutions of NY, Inc.

Bob Friedl
Senior Project Manager

**EMLab P&K**
3000 Lincoln Drive East, Suite A, Marlton, NJ 08053
(866) 871-1984  Fax (856) 334-1040  www.emlab.com

Client: Environmental Management Solutions of NY, Inc.
C/O: Bob Friedl
Re: Lead Investigations; 212 Crown St. Apt 2E Brooklyn

Date of Sampling: 05-19-2016
Date of Receipt: 05-23-2016
Date of Report: 05-25-2016

## SPORE TRAP REPORT: NON-VIABLE METHODOLOGY

| Location: | 4: Outside Building | | | | 5: Outside Building | | | | 6: Outside Building | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Comments (see below) | None | | | | None | | | | None | | | |
| Lab ID-Version‡: | 7154915-1 | | | | 7154916-1 | | | | 7154917-1 | | | |
| Analysis Date: | 05/25/2016 | | | | 05/25/2016 | | | | 05/25/2016 | | | |
| Sample volume (liters) | 150 | | | | 150 | | | | 150 | | | |
| Background debris (1-4+)†† | 2+ | | | | 2+ | | | | 2+ | | | |
| | Count | Count/m3 | DL/m3* | % | Count | Count/m3 | DL/m3* | % | Count | Count/m3 | DL/m3* | % |
| Hyphal fragments | 4 | 27 | 7 | n/a | 1 | 7 | 7 | n/a | | | | |
| Pollen | 10 | 67 | 7 | n/a | 12 | 80 | 7 | n/a | 18 | 120 | 7 | n/a |
| § TOTAL FUNGAL SPORES | 10 | 270 | n/a | 100 | 21 | 400 | n/a | 100 | 18 | 400 | n/a | 100 |
| Ascospores | 1 | 27 | 27 | 10 | 3 | 80 | 27 | 20 | 2 | 53 | 27 | 13 |
| Basidiospores | 3 | 80 | 27 | 30 | 8 | 210 | 27 | 53 | 6 | 160 | 27 | 40 |
| Chaetomium | | | | | | | | | 1 | 7 | 7 | 2 |
| Cladosporium | 6 | 160 | 27 | 60 | 2 | 53 | 27 | 13 | 6 | 160 | 27 | 40 |
| Nigrospora | | | | | 1 | 7 | 7 | 2 | | | | |
| Penicillium/Aspergillus types | | | | | | | | | | | | |
| Smuts, Periconia, Myxomycetes | | | | | 7 | 47 | 7 | 12 | 3 | 20 | 7 | 5 |
| Stachybotrys | | | | | | | | | | | | |
| Stemphylium | | | | | | | | | | | | |
| Torula | | | | | | | | | | | | |
| Ulocladium | | | | | | | | | | | | |
| Zygomycetes | | | | | | | | | | | | |

**Comments:**

Spore types listed without a count or data entry were not detected during the course of the analysis for the respective sample, indicating a raw count of <1 spore.

The analytical sensitivity is the spores/m^3 divided by the raw count, expressed in spores/m^3. The limit of detection is the analytical sensitivity (in spores/m^3) multiplied by the sample volume (in liters) divided by 1000 liters.

*The DL/m3 has been rounded to a whole number.

††Background debris indicates the amount of non-biological particulate matter present on the trace (dust in the air) and the resulting visibility for the analyst. It is rated from 1+ (low) to 4+ (high). Counts from areas with 4+ background debris should be regarded as minimal counts and may be higher than reported. It is important to account for samples volumes when evaluating dust levels.

‡ A "Version" indicated by -"x" after the Lab ID# with a value greater than 1 indicates a sample with amended data. The revision number is reflected by the value of "x".
§ Total Fungal Spores has been rounded to two significant figures to reflect analytical precision.



# NEW YORK INSTITUTE OF OTOLARYGOLOGY

1783 West 6TH Street Brooklyn NY 11223
Phone (718)645-2555 Fax (718)645-1333

6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264
www.NewYorkENTinstitute.com

September 13, 2016

To Whom It May Concern
From: New York Institute of Otolaryngology
Re: Nelson, Maureen
DOB: 11/16/1961

Respected Sir/Madam,

This letter is in response to my patient Nelson, Maureen regarding her medical condition. Mrs. Maureen has been under my care with complains of sinus infections, runny nose, allergic rhinitis since two and half years. Maureen had reported improvement after procedure done on 04/02/2016. However due the persistence of mold at their current residence, the symptoms are not improving anymore and are now, in fact worsening. Avoidance to mold exposure may improve further symptoms and will keep Maureen's and her family member's health more stable. It is my recommendation to please help Maureen's family improving their life style.

If you have any questions regarding Maureen's health, please contact me at any time.

Thank You

Sincerely,

Rajendra Bhayani M.
ENT Specialist



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6TH Street Brooklyn NY 11223      6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333     Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

April 07, 2017

To Whom It May Concern:

This letter is to provide detailed information of my patient Nelson, Maureen BOB: 11/16/1961.  Mrs. Nelson is my patient since 2015 until now.  Mrs. Maureen had been under my treatment for Chronic Sinusitis, and positive allergies with **HIGH total IgE of 87.7** compared with reference of **0-25.0**. My patient should not be exposed to any allergen as is not helping her improving her symptoms. It is my professional advice to avoid exposure to mold, dust mites and pollen.

If you have any other question in regards Maureen, please feel free to call me at any time.

Sincerely



Raj Bhayani



## NEW YORK INSTITUTE OF OTOLARYGOLOGY

1783 West 6TH Street Brooklyn NY 11223          6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333          Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

June 30th 2016

To Whom It May Concern:

This letter is to provide information about our patient Nelson, Maureen DOB 11/16/1961.
Maureen had reported improvement after procedure done on 04/02/2016. However due to the
persistence of mold at their current residence, the symptoms are not improving anymore and are now,
in fact worsening. Avoidance to mold exposure may improve further symptoms and will keep
Maureen's and her family member's health more stable. It is my recommendation to please help
Maureen's family improving her life style.

If you have any questions regarding Maureen's health, please contact me at any time.

Thank You

Sincerely,



Dr. Rajendra Bhayani

# ⊣ NewYork-Presbyterian

## Brooklyn Methodist Hospital

**506 6th Street, Brooklyn, NY 11215**
**718-780-3148 | www.nyp.org/brooklyn**

**Name:** NELSON, MAUREEN    **Current Date:** 7/23/2018 4:46:14 AM
America/New_York
**DOB:** 11/16/1961 12:00 AM    **MRN:** 00007057451    **FIN:** 000420390802
**Chief Complaint:** Shortness of breath; C/O DIFFICULTY BREATHING; INHALED MOLD
**Final Diagnosis:** Asthma exacerbation
**Visit Date:** 7/23/2018 12:29 AM America/New_York
**Address:** 212 CROWN STREET BROOKLYN NY 11225
**Phone:** (718)735-8351

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Emergency Department Care Providers:**

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Stevenson (RN), Daniel | ED Nurse | 7/23/2018 1:16 AM | |
| Wong (MD), Adalbert | ED Res/PA/NP/MS | 7/23/2018 2:23 AM | |
| Hubsher (MD), Grant S | ED Attending | 7/23/2018 2:32 AM | |

New York Presbyterian Brooklyn Methodist Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

NELSON, MAUREEN has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Instructions:**

Sincerely,

Electronically generated
*Provider: Hale Yarmohammadi MD  11/07/2018 4:10 PM*

Document generated by: Hale Yarmohammadi  11/07/2018

DEMOGRAPHICS
Sex: Female   Race: Unknown   Ethnicity: Unknown   Preferred Language: English

as allergies are causing asthma should leave apartment as there is evidence for mold in
the apartment ,

| | | |
|---|---|---|
| | Patient Plan | start saline nasal mist am and pm baby AYR |
| 2. | Assessment | Allergic rhinitis due to animal (cat) (dog) hair and dander (J30.81). |
| | Impression | Minimize exposure |
| 3. | Assessment | Mild intermittent asthma with (acute) exacerbation (J45.21). |
| | Plan Orders | The patient had the following procedure(s) completed today: Spirometry 11/07/2018. |
| 4. | Assessment | Allergic rhinitis, unspecified (J30.9). |
| | Impression | Allergic to molds and should treat to imroved |
| | Plan Orders | Today's instructions / counseling include(s) *** See Patient Plan Instructions. |

explained to the patient it is their responsibility to arrange and comply with my follow up instructions. I have also explained that follow up imaging and examinations are an essential aspect of care. The patient understands and agrees to assume responsibility for follow up care.

INSTRUCTIONS FOR PATIENT
Avoid down or other feathers - Avoid dust mites - Cover mattress with allergy proof covers

COUNSELING / EDUCATIONAL FACTORS
Counseling / educational factors reviewed.
Here's a link to healthy eating https://www.cdc.gov/healthyweight/healthy_eating/index.html

VITAL SIGNS

| BP mm/Hg | Pulse/min | Resp/min | Temp F | Height (Total in.) | Weight (lbs.) | Weight (oz.) | BMI | BSA |
|---|---|---|---|---|---|---|---|---|
| 126/82 | 79 | | | 62.00 | 157.00 | | 28.72 | |

FOLLOW UP

**Follow-up in 3 weeks.**

OTHER HEALTH INFORMATION
Smoking status: Never smoker.

SMOKING STATUS

| Type | Smoking Status | Usage Per Day | Years Used | Total Pack Years |
|---|---|---|---|---|
| | Never smoker | | | |

ALLERGIES

| Medication Name | Ingredient | Reaction (Severity) | Comment |
|---|---|---|---|
| | NO KNOWN ALLERGIES | | |

PROBLEM LIST:
No active problems being tracked

**Services Rendered Today:**

| CPT | | Units | Dx Code | Dx 2 | Dx 3 | Dx 4 | Mod. |
|---|---|---|---|---|---|---|---|
| 99204 | Office Visit | 1 | J30.1 | J30.81 | J45.21 | J30.9 | 25 |
| 95024 | Intradermal Skin Testing | 12 | J30.1 | | | | |
| 95004 | Puncture Skin Testing | 70 | J30.9 | | | | |
| 94010 | Spirometry W/recrd-vc-expir Flo | 1 | J45.21 | | | | |

Patient Name: Nelson, Maureen
DOB:11/16/1961



150 Broadway | Anna Aronzon, M.D.
Suite 1015 | Edmund A. Nahm, M.D.
New York, NY 10038 | Sheldon Palgon, M.D.
Office: 212-571-0355 | Hale Yarmohammadi, M.D., M.P.H.
Fax: 212-571-1672

**Patient:** Maureen Nelson
**DOB:** 11/16/1961
**Date generated:** Wednesday, November 07, 2018

Hale Yarmohammadi MD

| BP | Temp F | Pulse | Resp Rate | Ht In | Wt Lb | Pain Score |
|---|---|---|---|---|---|---|
| 126/82 | | 79 | | 62.00 | 157.00 | |

**Prick testing was performed.**
**It was positive for the following aeroallergens:  -beech -10 tree mix  -lambs quarter -alternaria alternata -fusarium mix -penicillium mix -cat hair -dust mite f -pine, white/eastern**
The remaining aeroallergens were found to be negative.

**Intradermal testing was performed.**
**It was positive for the following aeroallergens:    -alternaria alternata -fusarium mix -penicillium mix -cat hair -dust mite p -cockroach**
The remaining intradermals were found to be negative.

## Allergy Skin Testing

Puncture Dx code:   1.  J30.9
Intradermal Dx code:  1.  J30.1

| | Puncture 11/07/2018 | Intradermal 11/07/2018 |
|---|---|---|
| **\*\*TREES\*\*\*** | | |
| Maple | negative | |
| Birch | negative | |
| Oak | negative | |
| Elm | negative | |
| Ash, White | negative | |
| Sycamore | negative | |
| Hickory | negative | |
| Beech | +2 | |
| Sweet Gum | negative | |
| Cottonwood | negative | |
| 10 Tree Mix | +2 | |
| **\*\*GRASSES\*\*\*** | | |
| Grass Mix | negative | - / - |
| **\*\*WEEDS\*\*\*** | | |
| Ragweed Mix | negative | - / - |
| English Plantain | negative | |

Patient Name: Nelson, Maureen
DOB:11/16/1961

| | | |
|---|---|---|
| Cocklebur | negative | |
| Lambs Quarter | +2 | |
| Marsh Elder | negative | |
| Pigweed | negative | |
| Sorrel | negative | |
| Mugwort | negative | - / - |
| Nettle | negative | |
| Weed Mix | negative | |
| ***MOLDS*** | | |
| Alternaria alternata | +1 | 6 / 16 |
| Aspergillus Mix | negative | |
| Drechslera specifera | negative | |
| Epicoccum nigrum | negative | |
| Fusarium Mix | +1 | 5 / 6 |
| Bipolaris sorokiniana | negative | |
| Cladosporium cladosporoides | negative | |
| Mucor Mix | negative | |
| Penicillium Mix | +1 | 6 / 7 |
| Aureobasidium pullulans | negative | |
| Rhizopus Mix | negative | |
| Phoma betae | negative | - / - |
| Aspergillus Fumigatus | negative | |
| Candida Albicans | negative | |
| Chaetomium globosum | negative | |
| ***EPIDERMALS*** | | |
| Cat Hair | +1 | 6 / 6 |
| Dog Dander | negative | - / - |
| Guinea Pig | negative | |
| Hamster | negative | |
| Horse | negative | |
| Mouse | negative | |
| Rabbit | negative | |
| Feather Mix | negative | |
| ***INHALANTS*** | | |
| Dust Mite F | +2 | |
| Dust Mite P | negative | 8 / 25 |
| Cockroach | negative | 8 / 9 |
| ***CONTROLS*** | | |
| Diluent | negative | - / - |
| Histamine | +3 | |
| ***OTHER*** | | |
| Pine, White/Eastern | +2 | |
| Bermuda | negative | |
| Cedar, Red | negative | |
| Alder,White | negative | |
| Walnut, Black | negative | |
| Olive, Russian | negative | |
| Willow, Black | negative | |
| Daisy | negative | |
| Dandelion | negative | |
| Dock, Yellow | negative | |
| Hackberry | negative | |
| Locust, Black | negative | |

Patient Name: Nelson, Maureen
DOB:11/16/1961

| | |
|---|---|
| Mulberry, Red | negative |
| Bahia | negative |
| Johnson | negative |
| Goldenrod | negative |
| Russian Thistle | negative |
| Cat Pelt | negative |
| Gerbil | negative |
| Dog Fennel | negative |

Part 1 Nurse:  Katherine Zuniga
Part 2 Nurse:  Katherine Zuniga



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6TH Street Brooklyn NY 11223    6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333    Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTinstitute.com

Patient: **Nelson, Maureen** DOB: **11/16/1961**

Office Procedure Date: 04/02/2016

Preoperative Diagnostic: Chronic Sinusitis
Postoperative Diagnostic: Chronic Sinusitis
Procedure: Balloon Sinuplasty
**Bilateral Frontal Sinus Sinuplasty**
**Bilateral Sphenoid Sinus Sinuplasty**
**Bilateral Maxillary Sinus Sinuplasty**
Anesthesia: 6% Pontocaine 50:50 Afrin
Blood loss: Minimal

Operative Indication: Patient with chronic sinusitis symptoms for many years and not improved with multiple courses of antibiotics, oral and nasal steroids, loratidine and nasal saline spray.
Operative Procedure: After obtaining informed consent patient's nasal cavity was anesthetized with presoak cotton with 6% pontocaine and Afrin (50:50), for about 20 minute. Patient had nasal cavity anesthetized by placing cottonoids for 20 minutes. After that patient was prepped and draped in routine fashion. Cottonoids were removed.

Nasal endoscope was brought into field, middle turbinate was medialized and middle meatus was anesthetized with cottoned soaked in pontocaine 6% for five minutes, then using frontal seeker, frontal sinus opening was identified. The guide wire was advanced thru opening into right frontal sinus. The position of guide wire was confirmed to be in frontal sinus by transillumination technique, then balloon catheter was advanced over guide wire and 7mm x 16mm balloon was inflated and frontal antrostomy opening was dilated by balloon. In similar fashion left frontal sinus opening dilated. Then the guide wire was advanced through Sphenoid sinus opening after confirming position of guide wire by transillumination balloon catheter was advanced over guide wire, balloon was inflated and sphenoid balloon sinuplasty was performed on right side and then left sphenoid sinuplasty with balloon was performed in similar fashion, The guide wire was advanced thru opening into right maxillary sinus. The position of guide wire was confirmed to be in maxillary sinus by transillumination technique, then balloon catheter was advanced over guide wire and 7mm x 16mm balloon was inflated and maxillary antrostomy opening was dilated by balloon. In similar fashion left maxillary sinus opening dilated.

The catheter system was withdrawn. Hemostasis confirmed and patient was instructed not to blow his nose and patient was transported to recovery room in satisfactory condition.



Dr. Rajendra Bhayani



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6TH Street Brooklyn NY 11223
Phone (718)645-2555 Fax (718)645-1333

6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

# To Whom It May Concern:

This letter is regarding the current health status of Maureen Nelson. The patient had reported improvement after surgery. However, due to the persistence of mold at their current residence, the patient's symptoms are not improving anymore and are now, in fact, worsening.
Avoidance of mold exposure may improve further symptoms.

Dr. Raj Bhayani

NEW YORK INSTITUTE OF OTOLARYNGOLOGY AND AESTHETIC SURGERY

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**   Fax:**(718)782-7951**

Page:   1

RX Record From 12/23/2019 12:00:00 AM To 11/9/2020 6:36:05 PM

| **CLIENT :** | | Gender:  Female |
| --- | --- | --- |
| **NELSON, Maureen** | | DOB:      11/16/1961 |
| 212 CROWN STAPT 2E | | I.D.:      724872974 |
| | | TEL:      (929)271-2739 |

Brooklyn, NY, 11225

**ALLERGIES** No Known Allergies

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12/23/2019 12/23/2019 | 840246 | 0/ 3 | ALBUTEROL 90MCG/ACTUATION AER | 00093-3174-31 | 8.50 17 | Yarmohammadi, Hale | 150 Broadway New York NY | 27.68 | 020107 | 26.68 | 1.00 | ABF |
| | | | INHALE TWO PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED | | | | | | | | | |
| 12/23/2019 12/23/2019 | 840248 | 0/ 4 | MONTELUKAST SODIUM 10MG TAB | 31722-0726-10 | 30.00 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 1.70 | 020107 | 0.70 | 1.00 | ABF |
| | | | TAKE ONE(1) TABLET BY MOUTH ONCE DAILY IN THE EVENING | | | | | | | | | |
| 12/24/2019 12/23/2019 | 840247 | 0/ 3 | OLOPATADINE HYDROCHL 665MCG/ACTUATIO SPRY | 45802-0104-01 | 30.50 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 41.54 | 020107 | 40.54 | 1.00 | ABF |
| | | | TWO(2) SPRAY IN EACH NOSTRIL TWICE DAILY | | | | | | | | | |
| 05/04/2020 12/23/2019 | 840246 | 1/ 3 | ALBUTEROL 90MCG/ACTUATION AER | 45802-0088-01 | 8.50 17 | Yarmohammadi, Hale | 150 Broadway New York NY | 23.59 | 020107 | 22.59 | 1.00 | JJZ |
| | | | INHALE TWO PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED | | | | | | | | | |
| 05/04/2020 12/23/2019 | 840248 | 1/ 4 | MONTELUKAST SODIUM 10MG TAB | 31722-0726-10 | 30.00 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 1.95 | 020107 | 0.95 | 1.00 | JJZ |
| | | | TAKE ONE(1) TABLET BY MOUTH ONCE DAILY IN THE EVENING | | | | | | | | | |
| 07/22/2020 12/23/2019 | 840246 | 2/ 3 | ALBUTEROL 90MCG/ACTUATION AER | 45802-0088-01 | 8.50 17 | Yarmohammadi, Hale | 150 Broadway New York NY | 16.72 | 020107 | 15.72 | 1.00 | ES |
| | | | INHALE TWO PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED | | | | | | | | | |
| 07/22/2020 12/23/2019 | 840248 | 2/ 4 | MONTELUKAST SODIUM 10MG TAB | 55111-0725-10 | 30.00 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 4.83 | 020107 | 3.83 | 1.00 | ES |
| | | | TAKE ONE(1) TABLET BY MOUTH ONCE DAILY IN THE EVENING | | | | | | | | | |
| 07/22/2020 07/22/2020 | 932786 | 0/ 3 | GLIPIZIDE 5MG TAB | 60505-0141-01 | 60.00 30 | QUINLAN, John | 506 6th street Brooklyn NY | 4.56 | 020107 | 3.56 | 1.00 | ABF |
| | | | TAKE 1 TABLET BY MOUTH TWICE DAILY | | | | | | | | | |
| 07/23/2020 07/22/2020 | 932883 | 0/ 5 | LANCETS* EASY TOUCH 30G  EA | 08496-3010-01 | 100.00 33 | QUINLAN, John | 506 6th street Brooklyn NY | 5.23 | 020107 | 4.73 | 0.50 | ANL |
| | | | USE THREE TIMES A DAY | | | | | | | | | |

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:   **(718)782-7539**    Fax:**(718)782-7951**

Page:        2

RX Record From 12/23/2019 12:00:00 AM To 1 l/9/2020 6:36:05 PM

| CLIENT : | | |
|---|---|---|
| **NELSON, Maureen** | Gender: | Female |
| 212 CROWN STAPT 2E | DOB: | 11/16/1961 |
| | I.D.: | 724872974 |
| | TEL: | (929)271-2739 |

Brooklyn, NY, 11225

**ALLERGIES** No Known Allergies

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/23/2020 07/22/2020 | 932884 | 0/ 5 | TRUE METRIX GLUCOSE TEST STRIP TES | 56151-1460-04 | 50.00 17 | QUINLAN, John | 506 6th street Brooklyn NY | 25.93 | 020107 | 25.43 | 0.50 | ANL |
| | | | USE ONCE DAILY | | | | | | | | | |
| 07/23/2020 07/22/2020 | 932885 | 0/ 5 | ALCOHOL PADS* | 42423-0271-01 | 100.00 33 | QUINLAN, John | 506 6th street Brooklyn NY | 3.62 | 020107 | 3.12 | 0.50 | ANL |
| | | | USE THREE TIMES A DAY | | | | | | | | | |
| 07/24/2020 07/22/2020 | 932882 | 0/ 0 | TRUE METRIX KIT | 56151-1470-02 | 1.00 30 | QUINLAN, John | 506 6th street Brooklyn NY | 13.64 | CIALOF | 13.64 | 0.00 | ANL |
| | | | USE AS DIRECTED | | | | | | | | | |
| 07/30/2020 07/30/2020 | 937201 | 0/ 0 | METOPROLOL SUCCINATE 50MG TAB | 50742-0616-10 | 30.00 30 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 4.93 | 020107 | 3.93 | 1.00 | ANL |
| | | | TAKE ONE(1) TABLET BY MOUTH ONCE DAILY | | | | | | | | | |
| 07/30/2020 07/30/2020 | 937202 | 0/ 0 | FAMOTIDINE 40MG TAB | 62332-0002-31 | 15.00 30 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 2.06 | 020107 | 1.06 | 1.00 | ANL |
| | | | TAKE ONE(1) TABLET BY MOUTH EVERY OTHER DAY | | | | | | | | | |
| 08/05/2020 08/05/2020 | 939948 | 0/ 0 | AMOXICILLIN TRIHYDRATE/C LAVUL 875-125MG TAB | 42571-0162-01 | 14.00 7 | MOCHE, Jason | 18 E 48th St New York NY | 51.90 | 020107 | 50.90 | 1.00 | ABF |
| | | | TAKE 1 TABLET BY MOUTH EVERY 12 HOUR(S) | | | | | | | | | |
| 08/05/2020 08/05/2020 | 939990 | 0/ 1 | FLUTICASONE 50MCG/ACTUAT ION SPRA | 49348-0182-29 | 15.80 30 | MOCHE, Jason | 18 E 48th St New York NY | 11.30 | 020107 | 10.80 | 0.50 | ANL |
| | | | PLACE 1 TO 2 SPRAYS IN EACH NOSTRIL ONCE DAILY AS NEEDED | | | | | | | | | |
| 08/07/2020 08/07/2020 | 940772 | 0/ 2 | OMEP/NA BICARB*** 40-1100MG CAP | 69097-0914-02 | 30.00 30 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 261.58 | 020107 | 260.58 | 1.00 | ANL |
| | | | TAKE ONE(1) CAPSULE BY MOUTH ONCE DAILY | | | | | | | | | |
| 08/17/2020 12/23/2019 | 840246 | 3/ 3 | ALBUTEROL 90MCG/ACTUAT ION AER | 00093-3174-31 | 8.50 17 | Yarmohamma di, Hale | 150 Broadway New York NY | 55.87 | 020107 | 54.87 | 1.00 | ES |

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  (718)782-7539   Fax:(718)782-7951

Page:   3

RX Record From 12/23/2019 12:00:00 AM To 11/9/2020 6:36:05 PM

**CLIENT :**
**NELSON, Maureen**
212 CROWN STAPT 2E

Brooklyn, NY, 11225

| Gender: | Female |
|---|---|
| DOB: | 11/16/1961 |
| I.D.: | 724872974 |
| TEL: | (929)271-2739 |

**ALLERGIES** No Known Allergies

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INHALE TWO PUFFS BY MOUTH EVERY 4 TO 6 HOURS AS NEEDED |
| 08/18/2020 12/23/2019 | 840248 | 3/ 4 | MONTELUKAST SODIUM 10MG TAB | 55111-0725-10 | 30.00 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 11.50 | 020107 | 10.50 | 1.00 | ES |
| TAKE ONE(1) TABLET BY MOUTH ONCE DAILY IN THE EVENING |
| 08/18/2020 07/22/2020 | 932786 | 1/ 3 | GLIPIZIDE 5MG TAB | 60505-0141-01 | 60.00 30 | QUINLAN, John | 506 6th street Brooklyn NY | 10.81 | 020107 | 9.81 | 1.00 | ES |
| TAKE 1 TABLET BY MOUTH TWICE DAILY |
| 08/18/2020 07/22/2020 | 932787 | 0/ 0 | ATORVASTATIN CALCIUM 40MG TAB | 62175-0892-46 | 30.00 30 | QUINLAN, John | 506 6th street Brooklyn NY | 2.21 | 020107 | 1.21 | 1.00 | ABF |
| TAKE 1 TABLET BY MOUTH AT BEDTIME |
| 08/18/2020 07/22/2020 | 932789 | 0/ 3 | METFORMIN HCL 500MG TAB | 23155-0102-01 | 60.00 30 | QUINLAN, John | 506 6th street Brooklyn NY | 2.51 | 020107 | 1.51 | 1.00 | ABF |
| TAKE 1 TABLET BY MOUTH TWICE DAILY |
| 08/19/2020 07/22/2020 | 932883 | 1/ 5 | LANCETS* EASY TOUCH 30G EA | 08496-3010-01 | 100.00 34 | QUINLAN, John | 506 6th street Brooklyn NY | 5.23 | 020107 | 4.73 | 0.50 | ES |
| USE THREE TIMES A DAY |
| 08/19/2020 07/22/2020 | 932884 | 1/ 5 | TRUE METRIX GLUCOSE TEST STRIP TES | 56151-1460-04 | 50.00 17 | QUINLAN, John | 506 6th street Brooklyn NY | 25.93 | 020107 | 25.43 | 0.50 | ES |
| USE THREE TIMES A DAY |
| 08/19/2020 07/22/2020 | 932885 | 1/ 5 | ALCOHOL SWAB BD EA | 08290-3268-95 | 100.00 34 | QUINLAN, John | 506 6th street Brooklyn NY | 0.00 | C | 0.00 | 0.00 | ES |
| USE THREE TIMES A DAY |
| 08/20/2020 08/20/2020 | 947177 | 0/ 0 | LISINOPRIL 2.5MG TAB | 68180-0512-02 | 30.00 30 | San, Kyaw Yu | 1545 Atlantic Avenue Brooklyn NY | 9.58 | 020107 | 8.58 | 1.00 | ANL |
| TAKE ONE(1) TABLET BY MOUTH ONCE DAILY |
| 08/20/2020 08/20/2020 | 947179 | 0/ 3 | ANTACID 400-400-40MG SUSP | 49348-0303-39 | 355.00 4 | San, Kyaw Yu | 1545 Atlantic Avenue Brooklyn NY | 2.20 | 020107 | 1.70 | 0.50 | ANL |
| TAKE 30ML BY MOUTH EVERY 6 HOURS |

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**    Fax:**(718)782-7951**

Page:    4

RX Record From 12/23/2019 12:00:00 AM To 11/9/2020 6:36:05 PM

**CLIENT :**
**NELSON, Maureen**
212 CROWN STAPT 2E

Brooklyn, NY, 11225

**ALLERGIES** No Known Allergies

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Gender: | Female |
| DOB: | 11/16/1961 |
| I.D.: | 724872974 |
| TEL: | (929)271-2739 |

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/20/2020 08/20/2020 | 947181 | 0/ 1 | PROCTO-MED HC 2.5% CRM | 69315-0312-28 | 28.00 10 | San, Kyaw Yu | 1545 Atlantic Avenue Brooklyn NY | 37.38 | 020107 | 36.38 | 1.00 | ANL |
| APPLY THREE TIMES A DAY FOR HEMORRHOID | | | | | | | | | | | | |
| 08/23/2020 08/21/2020 | 948154 | 0/ 0 | MULTIVITAMIN TAB | 80681-0020-00 | 30.00 30 | San, Kyaw Yu | 1545 Atlantic Avenue Brooklyn NY | 3.20 | MMS34 | -0.80 | 4.00 | ANL |
| TAKE 1 TABLET BY MOUTH ONCE DAILY | | | | | | | | | | | | |
| 08/24/2020 08/22/2020 | 948385 | 0/ 1 | METFORMIN HCL ER*** 500MG TER | 68682-0021-50 | 60.00 30 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 1986.61 | 020107 | 1,985.61 | 1.00 | ANL |
| TAKE 2 TABLETS BY MOUTH ONCE DAILY WITH MEALS | | | | | | | | | | | | |
| 09/01/2020 08/05/2020 | 939990 | 1/ 1 | FLUTICASONE 50MCG/ACTUAT ION SPRA | 49348-0182-29 | 15.80 30 | MOCHE, Jason | 18 E 48th St New York NY | 11.30 | 020107 | 10.80 | 0.50 | ANL |
| PLACE 1 TO 2 SPRAYS IN EACH NOSTRIL ONCE DAILY AS NEEDED | | | | | | | | | | | | |
| 09/01/2020 08/27/2020 | 950470 | 0/ 2 | OMEP/NA BICARB 20-1100MG CAP | 69097-0913-02 | 60.00 30 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 3666.35 | 020107 | 3,665.35 | 1.00 | ANL |
| TAKE 2 CAPSULES BY MOUTH ONCE DAILY | | | | | | | | | | | | |
| 09/02/2020 09/02/2020 | 953921 | 0/ 1 | STOOL SOFTENER 100MG CAPS | 66424-3991-0 | 60.00 30 | Nway, Nway | 1545 Atlantic Avenue Brooklyn NY | 0.00 | C | 0.00 | 0.00 | ANL |
| TAKE ONE(1) CAPSULE BY MOUTH TWICE DAILY FOR CONSTIPATION | | | | | | | | | | | | |
| 09/21/2020 08/20/2020 | 947180 | 0/ 0 | TRUE METRIX GLUCOSE TEST STRIP  TES | 56151-1460-04 | 50.00 25 | San, Kyaw Yu | 1545 Atlantic Avenue Brooklyn NY | 25.93 | 020107 | 25.43 | 0.50 | ANL |
| USE AS DIRECTED TWICE DAILY | | | | | | | | | | | | |
| 09/30/2020 08/27/2020 | 950470 | 1/ 2 | OMEP/NA BICARB 20-1100MG CAP | 69097-0913-02 | 60.00 30 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 3484.73 | 020107 | 3,483.73 | 1.00 | ES |
| TAKE 2 CAPSULES BY MOUTH ONCE DAILY | | | | | | | | | | | | |
| 09/30/2020 09/30/2020 | 968931 | 0/ 1 | ALCOHOL PADS* | 42423-0271-01 | 100.00 30 | Salim, Ahmed | 1545 Atlantic Avenue Brooklyn NY | 3.62 | 020107 | 3.12 | 0.50 | ES |
| USE AS DIRECTED ONCE DAILY BEFORE MEALS AT BEDTIME | | | | | | | | | | | | |

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:   **(718)782-7539**    Fax:**(718)782-7951**

Page:    5

RX Record From 12/23/2019 12:00:00 AM To 11/9/2020 6:36:05 PM

**CLIENT :**
**NELSON, Maureen**
212 CROWN STAPT 2E

Brooklyn, NY, 11225

**ALLERGIES** No Known Allergies

Gender:  Female
DOB:      11/16/1961
I.D.:       724872974
TEL:       (929)271-2739

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2020 09/30/2020 | 968932 | 0/ 0 | PANTOPRAZOL E SODIUM** 40MG TER | 65862-0560-99 | 14.00 14 | Salim, Ahmed | 1545 Atlantic Avenue Brooklyn NY | 3.67 | 020107 | 2.67 | 1.00 | ES |

TAKE ONE(1) TABLET BY MOUTH ONCE DAILY FOR FOR ACID REFLUX

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/30/2020 09/30/2020 | 968933 | 0/ 0 | ALBUTEROL 90MCG/ACTUAT ION AER | 66993-0019-68 | 18.00 25 | Salim, Ahmed | 1545 Atlantic Avenue Brooklyn NY | 47.18 | 020107 | 46.18 | 1.00 | ES |

INHALE TWO PUFFS BY MOUTH EVERY 6 HOURS AS NEEDED FOR for asthma

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2020 09/30/2020 | 968960 | 0/ 0 | BD NANO ULTRA-FINE 4MM 32G PENTIP | 08290-3201-22 | 100.00 25 | Salim, Ahmed | 1545 Atlantic Avenue Brooklyn NY | 48.34 | 020107 | 47.84 | 0.50 | ANL |

FOUR TIMES A DAY FOR DM

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2020 09/30/2020 | 969164 | 0/ 0 | LANCETS* EASY TOUCH 30G EA | 08496-3010-01 | 100.00 30 | Salim, Ahmed | 1545 Atlantic Avenue Brooklyn NY | 5.23 | 020107 | 4.73 | 0.50 | ANL |

USE THREE TIMES A DAY

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/01/2020 09/30/2020 | 969166 | 0/ 0 | BASAGLAR 100U/ML INJ | 00002-7715-59 | 15.00 75 | Salim, Ahmed | 1545 Atlantic Avenue Brooklyn NY | 321.49 | 020107 | 320.49 | 1.00 | ANL |

20 UNIT SUBCUTANEOUSLY AT BEDTIME FOR DM

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/05/2020 09/30/2020 | 968930 | 0/ 0 | HUMALOG 100U/ML INJ | 00002-7510-01 | 10.00 30 | Salim, Ahmed | 1545 Atlantic Avenue Brooklyn NY | 270.65 | 020107 | 267.65 | 3.00 | ES |

INJECT 7 UNITS SUBCUTANEOUSLY THREE TIMES A DAY BEFORE MEALS FOR DM

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2020 08/26/2020 | 950146 | 0/ 2 | GLIPIZIDE 5MG TAB | 60505-0141-01 | 60.00 30 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 7.81 | 020107 | 6.81 | 1.00 | ES |

TAKE ONE(1) TABLET BY MOUTH TWICE DAILY

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/11/2020 10/01/2020 | 969762 | 0/ 0 | SUPREP BOWEL PREP 17.5-3.13-1.6G SOL | 52268-0012-01 | 354.00 1 | Charles, MICHEL-JOS E | 3621 GLENWOOD RD BROOKLYN NY | 100.51 | 020107 | 97.51 | 3.00 | ES |

354 MILLILITER AS DIRECTED FOR 1 DAYS IF SUPREP NOT COVERED GIVE GOLYTELY 1 CUP EVERY 10 MN STARTIN*

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/12/2020 10/12/2020 | 975984 | 0/ 0 | B-D ULTRA-FINE 29GX1 EA | 08290-8411-03 | 100.00 34 | Salim, Ahmed | 1545 Atlantic Avenue Brooklyn NY | 26.59 | 020107 | 25.59 | 1.00 | ES |

USE THREE TIMES A DAY

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**    Fax:**(718)782-7951**

Page:    6

RX Record From 12/23/2019 12:00:00 AM To 11/9/2020 6:36:05 PM

| CLIENT : | | Gender: | Female |
|---|---|---|---|
| **NELSON, Maureen** | | DOB: | 11/16/1961 |
| 212 CROWN STAPT 2E | | I.D.: | 724872974 |
| | | TEL: | (929)271-2739 |

Brooklyn, NY, 11225

**ALLERGIES** No Known Allergies

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/28/2020 | 952710 | 0/ 0 | PANTOPRAZOLE SODIUM** 40MG TER | 65862-0560-99 | 30.00 | | 1530 BEDFORD AVE Brooklyn NY | 5.69 | 020107 | 4.69 | 1.00 | ANL |
| 09/01/2020 | | | | | 30 | D'AUGUSTIN E, Jean | | | | | | |

TAKE 1 TABLET (40 MG) BY MOUTH DAILY

| 11/07/2020 | 991607 | 0/ 1 | CLOTRIMAZO/B ETAMET 1-0.05% CRM | 68462-0298-17 | 15.00 | | 765 NOSTRAND AVE BROOKLYN NY | 4.74 | 020107 | 3.74 | 1.00 | ABR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/06/2020 | | | | | 14 | BROWN, ELAINE | | | | | | |

APPLY OVER AFFECTED AREA TWICE DAILY

| Total Rx Count: | 47 | Total Amount : | $10689.62 |
|---|---|---|---|
| | | Total Patient Paid (Including Copay) : | $45.00 |

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**    Fax:**(718)782-7951**

Page:    1

RX Record From 12/23/2019 12:00:00 AM To 1 l/9/2020 6:34:50 PM

**CLIENT :**
**NELSON, TAMARA**
212 CROWN ST, APT 2E

BROOKLYN, NY, 11225

Gender:  Female
DOB:      10/04/1990
I.D.:      WM40260U
TEL:      (929)274-2739

**ALLERGIES** No Known Allergies

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2019 12/23/2019 | 840241 | 0/ 4 | CETIRIZINE HYDROCHLO 10MG TAB | 00904-6717-40 | 60.00 30 | Yarmohamma di, Hale | 150 Broadway New York NY | 2.40004336 | | 1.90 | 0.50 | ANL |

TAKE ONE TABLET BY MOUTH TWICE A DAY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2019 12/23/2019 | 840243 | 0/ 4 | MONTELUKAST SODIUM 10MG TAB | 31722-0726-10 | 30.00 30 | Yarmohamma di, Hale | 150 Broadway New York NY | 3.36004336 | | 2.36 | 1.00 | ANL |

TAKE ONE TABLET BY MOUTH ONCE DAILY IN THE EVENING

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/23/2019 12/23/2019 | 840245 | 0/ 0 | ALBUTEROL 90MCG/ACTUAT ION AER | 66993-0019-68 | 18.00 17 | Yarmohamma di, Hale | 150 Broadway New York NY | 47.23004336 | | 46.23 | 1.00 | ANL |

INHALE TWO PUFFS BY MOUTH INTO LUNGS EVERY 4-6 HOURS AS NEEDED INHALATION

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/26/2019 12/23/2019 | 840244 | 0/ 3 | OLOPATADINE HYDROCHL 665MCG/ACTUA TIO SPRY | 45802-0104-01 | 30.50 30 | Yarmohamma di, Hale | 150 Broadway New York NY | 115.46004336 | | 114.46 | 1.00 | ANL |

PLACE TWO(2) SPRAY IN EACH NOSTRIL TWICE DAILY NASALLY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2020 12/23/2019 | 840241 | 1/ 4 | CETIRIZINE HYDROCHLO 10MG TAB | 00904-6717-40 | 60.00 30 | Yarmohamma di, Hale | 150 Broadway New York NY | 2.40004336 | | 1.90 | 0.50 | ANL |

TAKE ONE TABLET BY MOUTH TWICE A DAY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2020 12/23/2019 | 840243 | 1/ 4 | MONTELUKAST SODIUM 10MG TAB | 13668-0081-05 | 30.00 30 | Yarmohamma di, Hale | 150 Broadway New York NY | 1.68004336 | | 0.68 | 1.00 | ANL |

TAKE ONE TABLET BY MOUTH ONCE DAILY IN THE EVENING

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/20/2020 12/23/2019 | 840244 | 1/ 3 | OLOPATADINE HYDROCHL 665MCG/ACTUA TIO SPRA | 61314-0320-01 | 30.50 30 | Yarmohamma di, Hale | 150 Broadway New York NY | 37.16004336 | | 36.16 | 1.00 | ANL |

PLACE TWO(2) SPRAY IN EACH NOSTRIL TWICE DAILY NASALLY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/2020 12/23/2019 | 840241 | 2/ 4 | CETIRIZINE HYDROCHLO 10MG TAB | 00904-6717-40 | 60.00 30 | Yarmohamma di, Hale | 150 Broadway New York NY | 2.40004336 | | 1.90 | 0.50 | JJZ |

TAKE ONE TABLET BY MOUTH TWICE A DAY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/2020 12/23/2019 | 840243 | 2/ 4 | MONTELUKAST SODIUM 10MG TAB | 13668-0081-05 | 30.00 30 | Yarmohamma di, Hale | 150 Broadway New York NY | 1.50004336 | | 0.50 | 1.00 | JJZ |

TAKE ONE TABLET BY MOUTH ONCE DAILY IN THE EVENING

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:    (718)782-7539    Fax:(718)782-7951

Page:    2

RX Record From 12/23/2019 12:00:00 AM To 11/9/2020 6:34:50 PM

**CLIENT :**
**NELSON, TAMARA**
212 CROWN ST, APT 2E

BROOKLYN, NY, 11225

| | |
|---|---|
| Gender: | Female |
| DOB: | 10/04/1990 |
| I.D.: | WM40260U |
| TEL: | (929)274-2739 |

**ALLERGIES** No Known Allergies

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/15/2020 12/23/2019 | 840244 | 2/ 3 | OLOPATADINE HYDROCHL 665MCG/ACTUA TIO SPRA | 61314-0320-01 | 30.50 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 41.20004336 | | 40.20 | 1.00 | JJZ |
| | | | PLACE TWO(2) SPRAY IN EACH NOSTRIL TWICE DAILY NASALLY | | | | | | | | | |
| 05/11/2020 12/23/2019 | 840241 | 3/ 4 | CETIRIZINE HCL 10MG TAB | 69230-0304-05 | 60.00 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 2.73004336 | | 2.23 | 0.50 | ANL |
| | | | TAKE ONE TABLET BY MOUTH TWICE A DAY | | | | | | | | | |
| 05/11/2020 12/23/2019 | 840243 | 3/ 4 | MONTELUKAST SODIUM 10MG TAB | 13668-0081-05 | 30.00 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 1.70004336 | | 0.70 | 1.00 | ANL |
| | | | TAKE ONE TABLET BY MOUTH ONCE DAILY IN THE EVENING | | | | | | | | | |
| 05/18/2020 05/18/2020 | 899908 | 0/ 0 | FAMOTIDINE* 20MG TAB | 00172-5728-80 | 30.00 30 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 1.10004336 | | 0.10 | 1.00 | ES |
| | | | TAKE 1/2 TABLET TWICE DAILY | | | | | | | | | |
| 06/06/2020 12/23/2019 | 840241 | 4/ 4 | CETIRIZINE HCL 10MG TAB | 69230-0304-05 | 60.00 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 2.73004336 | | 2.23 | 0.50 | ES |
| | | | TAKE ONE TABLET BY MOUTH TWICE A DAY | | | | | | | | | |
| 06/06/2020 12/23/2019 | 840243 | 4/ 4 | MONTELUKAST SODIUM 10MG TAB | 31722-0726-10 | 30.00 30 | Yarmohammadi, Hale | 150 Broadway New York NY | 1.76004336 | | 0.76 | 1.00 | ES |
| | | | TAKE ONE TABLET BY MOUTH ONCE DAILY IN THE EVENING | | | | | | | | | |
| 07/02/2020 07/01/2020 | 922888 | 0/ 2 | FAMOTIDINE 20MG TAB | 62332-0001-31 | 30.00 30 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 1.10004336 | | 0.10 | 1.00 | JJZ |
| | | | TAKE HALF TABLET BY MOUTH TWICE DAILY | | | | | | | | | |
| 07/02/2020 07/01/2020 | 922890 | 0/ 2 | CONTOUR NEXT TEST 100 TES | 00193-7312-21 | 100.00 33 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 106.40004336 | | 106.40 | 0.00 | JJZ |
| | | | USE THREE TIMES A DAY BEFORE MEALS | | | | | | | | | |
| 07/23/2020 07/23/2020 | 933420 | 0/ 1 | FERROUS SULFATE 325MG TAB | 00904-7591-80 | 30.00 30 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 0.60004336 | | 0.10 | 0.50 | ES |
| | | | TAKE 1 TABLET BY MOUTH ONCE DAILY | | | | | | | | | |

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**   Fax:**(718)782-7951**

Page:    3

RX Record From 12/23/2019 12:00:00 AM To 1 l/9/2020 6:34:50 PM

**CLIENT :**
**NELSON, TAMARA**
212 CROWN ST, APT 2E

BROOKLYN, NY, 11225
**ALLERGIES** No Known Allergies

Gender:  Female
DOB:      10/04/1990
I.D.:       WM40260U
TEL:      (929)274-2739

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/23/2020 07/23/2020 | 933422 | 0/ 2 | VITAMIN D2* 50 000 IU CAP | 64380-0737-06 | 4.00 28 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 0.73004336 | | 0.00 | 0.73 | ES |

TAKE 1 CAPSULE BY MOUTH ONCE A WEEK AS DIRECTED

| 07/27/2020 07/27/2020 | 934667 | 0/ 0 | CONTOUR NEXT EZ MACHINE EA | 00193-7252-01 | 1.00 30 | Singhal, Sourabh | 506 6th St., 6th floor (KP6) Brooklyn NY | 14.85004336 | | 14.85 | 0.00 | ANL |

GLUCOMETER FOR BLOOD GLUCOSE MONITORING

| 07/28/2020 07/01/2020 | 922888 | 1/ 2 | FAMOTIDINE 20MG TAB | 62332-0001-31 | 30.00 30 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 1.10004336 | | 0.10 | 1.00 | ANL |

TAKE HALF TABLET BY MOUTH TWICE DAILY

| 07/28/2020 07/01/2020 | 922890 | 1/ 2 | CONTOUR NEXT TEST 100 TES | 00193-7312-21 | 100.00 33 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 106.40004336 | | 106.40 | 0.00 | ANL |

USE THREE TIMES A DAY BEFORE MEALS

| 08/05/2020 08/05/2020 | 939866 | 0/ 0 | AMOXICILLIN/CL AVULAN* 875-125M TAB | 66685-1001-00 | 14.00 7 | MOCHE, Jason | 18 E 48th St New York NY | 3.36004336 | | 2.36 | 1.00 | ANL |

TAKE ONE(1) TABLET BY MOUTH EVERY 12 HOURS

| 08/17/2020 07/23/2020 | 933422 | 1/ 2 | VITAMIN D2* 50 000 IU CAP | 64380-0737-06 | 4.00 28 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 0.73004336 | | 0.00 | 0.73 | ES |

TAKE 1 CAPSULE BY MOUTH ONCE A WEEK AS DIRECTED

| 08/18/2020 07/23/2020 | 933420 | 1/ 1 | FERROUS SULFATE 325MG TAB | 00904-7591-80 | 30.00 30 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 0.60004336 | | 0.10 | 0.50 | ES |

TAKE 1 TABLET BY MOUTH ONCE DAILY

| 08/24/2020 07/01/2020 | 922888 | 2/ 2 | FAMOTIDINE* 20MG TAB | 00172-5728-80 | 30.00 30 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 1.10004336 | | 0.10 | 1.00 | ANL |

TAKE HALF TABLET BY MOUTH TWICE DAILY

| 08/24/2020 07/01/2020 | 922890 | 2/ 2 | CONTOUR NEXT TEST 100 TES | 00193-7312-21 | 100.00 33 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 106.40004336 | | 106.40 | 0.00 | ANL |

USE THREE TIMES A DAY BEFORE MEALS

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**    Fax:**(718)782-7951**

Page:    4

RX Record From 12/23/2019 12:00:00 AM To 11/9/2020 6:34:50 PM

---

**CLIENT :**
**NELSON, TAMARA**
212 CROWN ST, APT 2E

BROOKLYN, NY, 11225

**ALLERGIES** No Known Allergies

Gender:  Female
DOB:      10/04/1990
I.D.:      WM40260U
TEL:      (929)274-2739

---

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/28/2020 08/28/2020 | 951224 | 0/ 3 | NOVOLOG FLEXPEN 100U/ML INJ | 00169-6339-10 | 15.00 83 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 538.89004336 | | 535.89 | 3.00 | ANL |

INJECT 6 UNITS SUBCUTANEOUSLY THREE TIMES A DAY BEFORE MEALS

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2020 08/31/2020 | 952161 | 0/ 0 | AZITHROMYCIN 250MG TAB | 68180-0160-13 | 6.00 5 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 2.51004336 | | 1.51 | 1.00 | ES |

TAKE 2 TABLETS BY MOUTH DAY 1, THEN TAKE 1 TABLET DAILY FOR DAYS 2-5.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2020 08/31/2020 | 952162 | 0/ 0 | FLUCONAZOLE* 100MG TAB | 68462-0102-30 | 1.00 1 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 0.71004336 | | 0.00 | 0.71 | ES |

TAKE ONE(1) TABLET BY MOUTH ONCE

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2020 08/31/2020 | 952165 | 0/ 0 | LOSARTAN POTASSIUM 50MG TAB | 68180-0377-09 | 90.00 90 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 9.10004336 | | 8.10 | 1.00 | ES |

TAKE ONE(1) TABLET BY MOUTH ONCE DAILY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/31/2020 08/31/2020 | 952173 | 0/ 0 | CLOTRIMAZOLE 2% CRM | 51672-2062-00 | 21.00 7 | D'AUGUSTIN E, Jean | 1530 BEDFORD AVE Brooklyn NY | 8.35004336 | | 7.85 | 0.50 | ES |

INSERT 1 APPLICATORFUL VAGINALLY DAILY FOR 3 DAYS AT BEDTIME

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2020 07/01/2020 | 922888 | 3/ 3 | FAMOTIDINE 20MG TAB | 62332-0001-31 | 30.00 30 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 1.56004336 | | 0.56 | 1.00 | ES |

TAKE HALF TABLET BY MOUTH TWICE DAILY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2020 07/23/2020 | 933420 | 2/ 2 | FERROUS SULFATE EC 325MG TAB | 00245-0108-10 | 30.00 30 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 3.16004336 | | 2.66 | 0.50 | ES |

TAKE 1 TABLET BY MOUTH ONCE DAILY

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/27/2020 07/23/2020 | 933422 | 2/ 2 | VITAMIN D2* 50 000 IU CAP | 64380-0737-06 | 4.00 28 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 0.74004336 | | 0.00 | 0.74 | ES |

TAKE 1 CAPSULE BY MOUTH ONCE A WEEK AS DIRECTED

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/28/2020 09/28/2020 | 967144 | 0/ 2 | BASAGLAR 100U/ML INJ | 00002-7715-59 | 15.00 84 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 314.88004336 | | 311.88 | 3.00 | ES |

INJECT 18 UNITS SUBCUTANEOUSLY AT BEDTIME

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**   Fax:**(718)782-7951**

Page:     5

RX Record From 12/23/2019 12:00:00 AM To 1l/9/2020 6:34:50 PM

---

**CLIENT :**
**NELSON, TAMARA**
212 CROWN ST, APT 2E

BROOKLYN, NY, 11225

Gender:  Female
DOB:      10/04/1990
I.D.:       WM40260U
TEL:       (929)274-2739

**ALLERGIES** No Known Allergies

---

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/28/2020 09/28/2020 | 967149 | 0/ 2 | BD NANO ULTRA-FINE 4MM 32G PENTIP | 08290-3201-22 | 200.00 50 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 94.40004336 | | 94.40 | 0.00 | ES |
| USE AS DIRECTED FOUR TIMES A DAY | | | | | | | | | | | | |
| 09/29/2020 09/29/2020 | 968160 | 0/ 2 | CONTOUR NEXT TEST 100 TES | 00193-7312-21 | 100.00 30 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 106.40004336 | | 106.40 | 0.00 | ES |
| 1 into ear MISC TIDAC (THREE TIMES A DAY BEFORE MEALS),X30 DAY(S) | | | | | | | | | | | | |
| 10/03/2020 10/03/2020 | 970943 | 0/ 0 | LABETALOL HYDROCHLOR 300MG TAB | 68382-0800-01 | 180.00 90 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 48.24004336 | | 47.24 | 1.00 | ANL |
| TAKE ONE(1) TABLET BY MOUTH TWICE DAILY | | | | | | | | | | | | |
| 10/03/2020 10/03/2020 | 970944 | 0/ 3 | AMLODIPINE BESYLATE 10MG TAB | 69097-0128-15 | 30.00 30 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 0.75004336 | | 0.00 | 0.75 | ANL |
| TAKE ONE(1) TABLET BY MOUTH ONCE DAILY | | | | | | | | | | | | |
| 10/03/2020 10/03/2020 | 970945 | 0/ 1 | NOVOLOG FLEXPEN 100U/ML INJ | 00169-6339-10 | 15.00 34 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 538.89004336 | | 535.89 | 3.00 | ANL |
| INJECT 22 UNITS SUBCUTANEOUSLY TWICE DAILY | | | | | | | | | | | | |
| 10/03/2020 10/03/2020 | 970947 | 0/ 3 | FERROUS SULFATE 325MG TAB | 00904-7591-80 | 30.00 30 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 0.54004336 | | 0.04 | 0.50 | ANL |
| TAKE ONE(1) TABLET BY MOUTH ONCE DAILY | | | | | | | | | | | | |
| 10/24/2020 07/01/2020 | 922888 | 4/ 4 | FAMOTIDINE 20MG TAB | 62332-0001-31 | 30.00 30 | Rafii, Daniel | 263 7th Ave Brooklyn NY | 1.56004336 | | 0.56 | 1.00 | ES |
| TAKE HALF TABLET BY MOUTH TWICE DAILY | | | | | | | | | | | | |
| 10/24/2020 07/23/2020 | 933422 | 3/ 3 | VITAMIN D2* 50 000 IU CAP | 64380-0737-06 | 4.00 28 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 0.74004336 | | 0.00 | 0.74 | ES |
| TAKE 1 CAPSULE BY MOUTH ONCE A WEEK AS DIRECTED | | | | | | | | | | | | |

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**    Fax:**(718)782-7951**

Page:    6

RX Record From 12/23/2019 12:00:00 AM To 1 l/9/2020 6:34:50 PM

---

**CLIENT :**
**NELSON, TAMARA**
212 CROWN ST, APT 2E

BROOKLYN, NY, 11225

Gender:  Female
DOB:    10/04/1990
I.D.:    WM40260U
TEL:    (929)274-2739

**ALLERGIES** No Known Allergies

---

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/2020 10/03/2020 | 970948 | 0/ 6 | CONTOUR NEXT TEST 50 TES | 00193-7311-50 | 150.00 25 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 159.39 | 004336 | 159.39 | 0.00 | ANL |
| | | | USE EVERY 4 HOURS | | | | | | | | | |
| 10/26/2020 10/26/2020 | 984542 | 0/ 2 | OMEPRAZOLE** 20MG CAP | 57237-0161-99 | 30.00 30 | Charles, MICHEL-JOSE | 3621 GLENWOOD RD BROOKLYN NY | 1.06 | 004336 | 0.06 | 1.00 | ABR |
| | | | TAKE ONE(1) CAPSULE BY MOUTH ONCE DAILY FOR 30 DAY(S) | | | | | | | | | |
| 10/31/2020 07/23/2020 | 933420 | 3/ 3 | FERROUS SULFATE 325MG TAB | 00904-7591-80 | 30.00 30 | RAFII, DANIEL | 506 6TH ST 6TH FLOOR BROOKLYN NY | 0.54 | 004336 | 0.04 | 0.50 | ES |
| | | | TAKE 1 TABLET BY MOUTH ONCE DAILY | | | | | | | | | |
| 11/04/2020 11/03/2020 | 989367 | 0/ 3 | PREVIDENT 5000 1.1-5% GEL | 00126-0070-61 | 100.00 30 | SPIROLLARI, MIRJETA | 374 STOCKHOLM ST BROOKLYN NY | 17.20 | MMS34 | -0.80 | 18.00 | ANL |
| | | | USE AS DIRECTED TWICE DAILY | | | | | | | | | |
| 11/06/2020 10/03/2020 | 970944 | 1/ 3 | AMLODIPINE BESYLATE 10MG TAB | 69097-0128-15 | 30.00 30 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 0.75 | 004336 | 0.00 | 0.75 | ES |
| | | | TAKE ONE(1) TABLET BY MOUTH ONCE DAILY | | | | | | | | | |
| 11/06/2020 11/06/2020 | 991606 | 0/ 2 | FLUCONAZOLE 150MG TAB | 67405-0603-01 | 1.00 1 | BROWN, ELAINE | 765 NOSTRAND AVE BROOKLYN NY | 1.20 | 004336 | 0.20 | 1.00 | ABR |
| | | | TAKE ONE(1) TABLET BY MOUTH ONCE DAILY | | | | | | | | | |

---

Total Rx Count:              50

Total Amount :                    $2459.74
Total Patient Paid (Including Copay) :       $58.65

Date:  11/9/2020

**MEDLY PHARMACY**
**104 GRAHAM AVENUE**
**BROOKLYN NY 11206**
Phone:  **(718)782-7539**    Fax:**(718)782-7951**

Page:    1

RX Record From 9/16/2020 12:00:00 AM To 11/9/2020 6:33:28 PM

**CLIENT :**
**NELSON, Johanna**
212 Crown St2E

Brooklyn, NY, 11225

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gender: | Female | | | | | | | | | | |
| DOB: | 05/24/1989 | | | | | | | | | | |
| I.D.: | WN78727Q | | | | | | | | | | |
| TEL: | (929)271-2739 | | | | | | | | | | |

**ALLERGIES** No Known Allergies

| Date Fill/Ord | Rx# | Ref# | Drug Name | NDC# | Qty/Days | Prescriber Name | Address | Amount | Ins | Ins Paid | PatPay | R.Ph |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/03/2020 10/03/2020 | 970939 | 0/ 3 | ALBUTEROL 90MCG/ACTUATION AER | 00093-3174-31 | 8.50 17 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 35.48004336 | | 34.48 | 1.00 | ANL |
| | | | INHALE 2 PUFFS BY MOUTH EVERY FOUR HOURS AS NEEDED | | | | | | | | | |
| 10/05/2020 10/03/2020 | 970940 | 0/ 2 | BUDESON/FORM 160-4.5MCG INHALER | 00310-7370-20 | 10.20 30 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 302.62004336 | | 301.62 | 1.00 | ANL |
| | | | INHALE 2 PUFFS BY MOUTH TWICE DAILY | | | | | | | | | |
| 10/05/2020 10/03/2020 | 970941 | 0/ 3 | ALBUTEROL SULFATE 0.5% SOL | 00487-9901-30 | 120.00 30 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 41.44004336 | | 40.44 | 1.00 | ANL |
| | | | INHALE 1 VIAL VA NEBULIZER EVERY SIX HOURS AS NEEDED | | | | | | | | | |
| 11/06/2020 10/03/2020 | 970940 | 1/ 2 | BUDESON/FORM 160-4.5MCG INHALER | 00310-7370-20 | 10.20 30 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 302.62004336 | | 301.62 | 1.00 | ES |
| | | | INHALE 2 PUFFS BY MOUTH TWICE DAILY | | | | | | | | | |
| 11/06/2020 10/03/2020 | 970941 | 1/ 3 | ALBUTEROL SULFATE 0.5% SOL | 00487-9901-30 | 120.00 30 | TIPU, OMER | 446 MCDONALD AVE BROOKLYN NY | 41.44004336 | | 40.44 | 1.00 | ES |
| | | | INHALE 1 VIAL VA NEBULIZER EVERY SIX HOURS AS NEEDED | | | | | | | | | |
| 11/07/2020 11/06/2020 | 991582 | 0/ 1 | CLOTRIMAZO/BETAMET 1-0.05% CRM | 68462-0298-17 | 15.00 14 | BROWN, ELAINE | 765 NOSTRAND AVE BROOKLYN NY | 3.29004336 | | 2.29 | 1.00 | ABR |
| | | | APPLY OVER AFFECTED AREA TWICE DAILY | | | | | | | | | |

| Total Rx Count: | 6 | Total Amount: | $726.89 |
|---|---|---|---|
| | | Total Patient Paid (Including Copay) : | $6.00 |



# NEW YORK INSTITUTE OF OTOLARYGOLOGY

**Dr. Raj Bhayani**

1783 West 6ᵀᴴ Street Brooklyn, NY 11223
Phone (718)645-2555 Fax (718)645-1333

6273 Woodhaven Blvd Rego Park, NY 11374
Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

*Nelson, maureen*
*3/28/11-*

1. LEVAQUIN 500 PO QD X 7 DAY.

2. AUGMENTIN 875 PO BID X 10 DAY.

3. LORATADINE 10 PO QD X 3 MONTH.

4. FLONASE 2 SPRAY NASAL DAILY X 3 MONTH.

5. OMEPRAZOLE 40 PO QD X 3 MONTH.

6. OMEPRAZOLE 20 PO QD X 3 MONTH.

7. CHLORHEXIDINE GARGLE 10CC SWISH + SPIT BID X 3 WEEKS.

8. DEBROX X 6 DROPS TID BOTH EAR X 2 WEEK.

9. PREDNISONE 20 PO TID X 7 DAY.

   BID X 1 DAY.

   QD X 1 DAY.

10. TYLENOL NO 3    1 PO Q6 HR PRN PAIN.

    . MAX 4 DAY.

    . DISPENSE 20.

11. PREDNISOLONE.

12. PATANOL.

13. AFRIN.

| | | |
|---|---|---|
| Vitamin D Oral Tablet 500-200 MG-UNIT | | |
| Anusol-HC 25 MG Rectal Suppository - Hydrocortisone Acetate (Rectal) Rectal Suppository 25 MG | Insert 1 suppository (25 mg) rectally 3 times per day for 2 weeks | n/a - n/a |
| Sitz Bath - Misc. Devices | 3 times a day | n/a - n/a |
| Claritin 10 MG Oral Tablet - Loratadine Oral Tablet 10 MG | Take 1 tablet (10 mg) by mouth daily | n/a - n/a |
| Biaxin 500 MG Oral Tablet - Clarithromycin Oral Tablet 500 MG | Take 1 tablet (500 mg) by mouth every 12 hours for 14 days | n/a - n/a |

DRUG ALLERGIES                                                                ONSET

*i*  There is no allergy history recorded for this patient

Sincerely,
Jean D'Augustine MD
06/02/2016
Electronically signed by Jean D'Augustine MD

practice fusion



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6TH Street Brooklyn NY 11223         6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333         Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

# BALLOON SINUPLASTY

*Nelson, Family*  PATIENT NAME:  DATE: 2/26/14 –

(Time will be confirmed the week of the surgery)         TIME:  between  8-10am

Instructions:

-Follow all pre-op instructions attached

- Please bring CT FILM  on day of surgery if asked by our staff

-If you have any questions regarding your surgery please do not hesitate to contact us

**MAKE SURE TO AVOID ANY ASPIRIN RELATED MEDICATIONS AND/OR ANY OTHER MEDICATIONS THAT THE DR HAS REQUESTED TO STOP**

## WHERE SURGERY WILL TAKE PLACE:

**1783 WEST 6 STREET**

**BROOKLYN, NY 11223**

*IN BETWEEN KINGS HIGHWAY & HIGHLAWN AVENUE

NEAREST BUS:        - B82 TO WEST 6 ST

NEAREST TRAIN:      - N TRAIN GING TOWARDS CONEY ISLAND/STILLWELL AV.

          TO KINGS HIGHEAY STOP, WALK 1 BLOCK TO WEST 6 ST.

          -  F TRAIN GOING TOWARDS CONEY ISLAND/STILLWELL AV. TO
             MCDONALD AVENUE STOP, TAKE B82 TO WEST 6 STREET OR WALK 6-7
             BLOCKS TO WEST 6 ST.

*LOOK FOR PRIVATE HOUSE WITH BLUE AWNING AND SIGN WHICH SAYS :

NY INSTITUTE OF OTOLARYNGOLOGY
& AESTHETIC SURGERY

NEW YORK INSTITUTE OF OTOLARYNGOLOGY AND AESTHETIC SURGERY



# NEW YORK INSTITUTE OF OTOLARYGOLOGY

1783 West 6TH Street Brooklyn NY 11223
Phone (718)645-2555 Fax (718)645-1333

6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

September 13, 2016

To Whom It May Concern
From: New York Institute of Otolaryngology
Re: Nelson, Johanna
DOB: 05/24/1989

Respected Sir/Madam,

This letter is in response to my patient Nelson, Johanna regarding her medical condition. Miss. Johanna has been under my care with complains of sinus infections, runny nose, allergic rhinitis since two and half years. Johanna had reported improvement after procedure done on 04/02/2016. However due the persistence of mold at their current residence, the symptoms are not improving anymore and are now, in fact worsening. Avoidance to mold exposure may improve further symptoms and will keep Johanna's and her family member's health more stable. It is my recommendation to please help Johanna's family improving their life style.

If you have any questions regarding Johanna's health, please contact me at any time.

Thank You

Sincerely,

Rajendra Bhayani M. D.
ENT Specialist



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6th Street Brooklyn NY 11223      6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333      Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

Patient: Nelson, Johanna  DOB:_05/24/1989_

Office Procedure Date:      04/02/2016___

Preoperative Diagnostic: Chronic Sinusitis
Postoperative Diagnostic: Chronic Sinusitis
Procedure: Balloon Sinuplasty
**Bilateral Frontal Sinus Sinuplasty**
**Bilateral Sphenoid Sinus Sinuplasty**
**Bilateral Maxillary Sinus Sinuplasty**
Anesthesia: 6% Pontocaine 50:50 Afrin
Blood loss: Minimal

Operative Indication: Patient with chronic sinusitis symptoms for many years and not improved with multiple courses of antibiotics, oral and nasal steroids, loratidine and nasal saline spray.

Operative Procedure: After obtaining informed consent patient's nasal cavity was anesthetized with presoak cotton with 6% pontocaine and Afrin (50:50), for about 20 minute. Patient had nasal cavity anesthetized by placing cottonoids for 20 minutes. After that patient was prepped and draped in routine fashion. Cottonoids were removed.

Nasal endoscope was brought into field, middle turbinate was medialized and middle meatus was anesthetized with cottoned soaked in pontocaine 6% for five minutes, then using frontal seeker, frontal sinus opening was identified. The guide wire was advanced thru opening into right frontal sinus. The position of guide wire was confirmed to be in frontal sinus by transillumination technique, then balloon catheter was advanced over guide wire and 7mm x 16mm balloon was inflated and frontal antrostomy opening was dilated by balloon. In similar fashion left frontal sinus opening dilated. Then the guide wire was advanced through Sphenoid sinus opening after confirming position of guide wire by transillumination balloon catheter was advanced over guide wire, balloon was inflated and sphenoid balloon sinuplasty was performed on right side and then left sphenoid sinuplasty with balloon was performed in similar fashion, The guide wire was advanced thru opening into right maxillary sinus. The position of guide wire was confirmed to be in maxillary sinus by transillumination technique, then balloon catheter was advanced over guide wire and 7mm x 16mm balloon was inflated and maxillary antrostomy opening was dilated by balloon. In similar fashion left maxillary sinus opening dilated.

The catheter system was withdrawn. Hemostasis confirmed and patient was instructed not to blow his nose and patient was transported to recovery room in satisfactory condition.

Dr. Rajendra Bhayani

# ⊣ NewYork-Presbyterian

## Brooklyn Methodist Hospital

### 506 6th Street, Brooklyn, NY 11215
### 718-780-3148 | www.nyp.org/brooklyn

**Name:** NELSON, JOHANNA                    **Current Date:** 7/23/2018 4:16:19 AM
America/New_York
**DOB:** 5/24/1989 12:00 AM                    **MRN:** 00007057763          **FIN:** 000420390797
**Chief Complaint:** C/O DIFFICULTY BREATHING; INHALED MOLD
**Final Diagnosis:** Asthma exacerbation
**Visit Date:** 7/23/2018 12:25 AM America/New_York
**Address:** 212 CROWN ST BROOKLYN NY 11225
**Phone:** (929)454-1165

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Emergency Department Care Providers:**

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Wong (MD), Adalbert | ED Res/PA/NP/MS | 7/23/2018 2:23 AM | |
| Hubsher (MD), Grant S | ED Attending | 7/23/2018 2:32 AM | |

New York Presbyterian Brooklyn Methodist Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

NELSON, JOHANNA has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Instructions:**

**With:**                    **Address:**                    **When:**

Before

7/5/2016                                    LHR_Now_Doshi_DiagnosticReport



Manhattan
Brooklyn
Queens
Bronx
Long Island



Exam requested by:                          **SITE PERFORMED: BOND STREET**
RAJENDRA BHAYANI DC                         **SITE PHONE: (718) 222-3000**
1783 WEST 6TH STREET
Brooklyn NY 11223                           **Patient:** NELSON, TAMARA
                                            Date of Birth: 10-04-1990
                                            Phone: (718) 735-8351
                                            MRN: 2854757DS Acc: 8873128DS
                                            Date of Exam: 02-20-2016

IntergyRecipientName RAJENDRA D. BHAYANI
IntergyRecipientAddressLine1 1783 WEST 6TH STREET
IntergyRecipientAddressLine2
IntergyRecipientAddressLine3 Brooklyn, NY 11223



RE: NELSON, TAMARA Location: BOND STREET LENOX HILL RADIOLOGY
Chart #: 2854757 Location Phone#:(718) 222-3000
Patient Phone #:(718) 735-8351 Mail: Y
DOB: 10/04/1990, Female Fax:N
Date of Service:02/20/16

Exam: CT SCAN OF THE PARANASAL SINUSES (WITHOUT CONTRAST):

Clinical data: Evaluate for sinusitis.

Technique: Spiral CT scanning of the paranasal sinuses was performed. Coronal and axial images were obtained. The
patient was imaged with bone and brain windows. Intravenous contrast was not utilized. Post processing and
multiplanar images were obtained and were reviewed.

Prior studies: No prior studies.

Findings:

MAXILLARY SINUSES: There is 1 cm retention cyst versus polyp in the right maxillary antrum. The left maxillary sinus
is clear. Osteomeatal units remain patent.

NASAL STRUCTURES: There is bilateral nasal turbinate hypertrophy. There is deviation of the posterior nasal septum
to the left and anterior cartilaginous nasal septum to the right.

SPHENOID SINUSES: They are clear. Sphenoethmoidal recesses remain patent.

ETHMOID SINUSES: They are clear.

FRONTAL SINUSES: They are clear. The frontoethmoidal recesses remain patent.

IMPRESSION:
1. BILATERAL NASAL TURBINATE HYPERTROPHY WITH NASAL SEPTAL DEVIATION AS DESCRIBED.
2. RETENTION CYST VERSUS POLYP IN THE RIGHT MAXILLARY ANTRUM.

PAGE 1 OF 2

RE: NELSON, TAMARA Location: BOND STREET LENOX HILL RADIOLOGY
Chart #: 2854757 Location Phone#:(718) 222-3000



# NEW YORK INSTITUTE OF OTOLARYGOLOGY

1783 West 6TH Street Brooklyn NY 11223
Phone (718)645-2555 Fax (718)645-1333

6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264

www.NewYorkENTinstitute.com

September 13, 2016

To Whom It May Concern
From: New York Institute of Otolaryngology
Re: Nelson, Tamara
DOB: 10/04/1990

Respected Sir/Madam,

This letter is in response to my patient Nelson, Tamara regarding her medical condition. Miss. Tamara has been under my care with complains of sinus infections, runny nose, allergic rhinitis since two and half years. Tamara had reported improvement after procedure done on 04/02/2016. However due the persistence of mold at their current residence, the symptoms are not improving anymore and are now, in fact worsening. Avoidance to mold exposure may improve further symptoms and will keep Tamara and her family member's health more stable. It is my recommendation to please help Tamara's family improving their life style.

If you have any questions regarding Tamara's health, please contact me at any time.

Thank You

Sincerely,

Rajendra Bhayani M. D
ENT Specialist

DR. RAJENDRA
BHAYANI
1783 W 6TH ST
BROOKLYN 11223
NEW YORK

# ⌐ NewYork-Presbyterian

## Brooklyn Methodist Hospital

### 506 6th Street, Brooklyn, NY 11215
### 718-780-3148 | www.nyp.org/brooklyn

**Name:** NELSON, TAMARA          **Current Date:** 7/23/2018 3:21:02 AM
America/New_York
**DOB:** 10/04/1990 12:00 AM          **MRN:** 00004482885          **FIN:** 000420390800
**Chief Complaint:** Shortness of breath; C/O COUGHING AND DIFFICULTY BREATHING; INHALED MOLD
**Final Diagnosis:** Shortness of breath
**Visit Date:** 7/23/2018 12:29 AM America/New_York
**Address:** 212 CROWN ST #2F BROOKLYN NY 11225
**Phone:** (718)735-8351

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Emergency Department Care Providers:**

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Peuser (MD), Devin | ED Res/PA/NP/MS | 7/23/2018 12:44 AM | |
| Delkhah (MD), Yana | ED Attending | 7/23/2018 1:10 AM | |
| Tam (RN), Christopher | ED Nurse | 7/23/2018 2:11 AM | |

New York Presbyterian Brooklyn Methodist Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

NELSON, TAMARA has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Instructions:**



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6ᵀᴴ Street Brooklyn NY 11223    6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333    Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

04/02/2016

Patient: **Nelson, Tamara**
DOB: 10/04/1990



Office Procedure Date: 04/02/2016

Preoperative Diagnostic: Chronic Sinusitis
Postoperative Diagnostic: Chronic Sinusitis
Procedure: Balloon Sinuplasty

Bilateral Maxillary Sinus Sinuplasty

Anesthesia: 6% Pontocaine 50:50 Afrin
Blood loss: Minimal

Operative Indication: Patient with chronic sinusitis symptoms for many years and not improved
with multiple courses of antibiotics, oral and nasal steroids, loratidine and nasal saline spray.

Operative Procedure: After obtaining informed consent patient's nasal cavity was anesthetized
with presoak cotton with 6% pontocaine and Afrin (50:50), for about 20 minute. Patient had
nasal cavity anesthetized by placing cottonoids for 20 minutes. After that patient was prepped
and draped in routine fashion. Cottonoids were removed.

Nasal endoscope was brought into field, middle turbinate was medialized and middle meatus was
anesthetized with cottoned soaked in pontocaine 6% for five minutes, then using maxillary
seeker, maxillary sinus opening was identified. The guide wire was advanced thru opening into
right maxillary sinus. The position of guide wire was confirmed to be in maxillary sinus by
transillumination technique, then balloon catheter was advanced over guide wire and 7mm x
16mm balloon was inflated and maxillary antrostomy opening was dilated by balloon. In similar
fashion left maxillary sinus opening dilated.

**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6TH Street Brooklyn NY 11223     6273 Woodhaven Blvd Rego Park NY 11374

Phone (718)645-2555 Fax (718)645-1333     Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264

www.NewYorkENTInstitute.com

# Discharge Instructions

| Name |
| --- |
| Helen Tamox |
| DOB 10/4/90 |
| Date 4/2/16 |

1. **Keep dressing clean and dry**
2. **Report any excessive bleeding or drainage to your our office.**
3. **Report any excessive redness or swelling to our office.**
4. **Dressing may be changed.**
5. **Dressing may not be changed until doctor's appointment.**
6. **Report any fever over 101 orally.**

**Additional instructions:**    **DO NOT BLOW YOUR NOSE ,**

_friday 4/8/16_

## Anesthesia:

1)The medication which was used to put you to sleep or relax you, may be acting in your body for the next 24 hours; so you may feel sleepy, but this will gradually wear off. If you are weak or sleepy, you should ambulate only with assistance,

Therefore, you should not:

Drive a car

Drink any alcoholic beverages (even beer or wine)

Make any important decision, such as signing important documents.

Engage in any strenuous activity.

2) if you have had a regional anesthetic, or what we refer to as a "block", you will experience a numb or weak feeling from anesthesia in the affected extremity. You will be temporary unable to control or protect it. Be particular careful about coming into contact with hot surfaces or when smoking cigarettes as it may burn you without you felling it.

3) You may follow you own regular diet, but is best to start with liquids, then soup and crackers, gradually working up to solid foods, unless otherwise instructed by your doctor.

4) You should rest and relax at home the evening after your procedure.

5) If unable to urinate within the 12 hours or having discomfort, contact your doctor or the closest Emergency Department.

**Medications:** Resume your regular medications as prescribed.

Call Dr. Bhayani if you have any problems after procedure. Dr. Bhayani's phone number is 718-249-9383, if unable to contact your Doctor, please contact the closest Emergency Room.

The above instructions have been explained to me and I understand and agree to them.

_Tamara Nelson_

**Patient Name**       **Time**

**Nurse Signature**       **Date**

NEW YORK INSTITUTE OF OTOLARYNGOLOGY AND AESTHETIC SURGERY

04/02/2016


Patient: **Nelson, Tamara**
DOB: 10/04/1990


Office Procedure Date: 04/02/2016


 The catheter system was withdrawn.  Hemostasis confirmed and patient was instructed not to
blow his nose and patient was transported to recovery room in satisfactory condition.

_____

    Dr. Rajendra Bhayani, MD.



### NEW YORK INSTITUTE

#### Of Otolaryngology & Aesthetic Surgery

##### Director: Raj Bhayani M.D

**1783 West 6 Street, Brooklyn N. Y 11223**
**Tel: 718 645 2555 Fax: 718 645 1333**

Dear Dr. _Nelson Family_                                    Date: _2/26/16_

Thank you for referring your patient who is undergoing surgical procedure.

Name of Patient _Nelso, Tmara_    Date of Birth _10/4/90_

Date of Surgery: _3/26/16_

Name of the Hospital: _NRC_

Procedure: _B-elc_

Patient will need following test as preoperative work up and medical Clearance.

All test should be done within one month of the date of the surgery.

Please don't wait until last week.

o Medical Clearance          o Pediatric Clearance          o Cardiac Clearance

o CBC/PT/PTT          _Mepoli_

o CHEMISTRY 7          _HbC_          _TOdy_

o URINE ANALYSIS

o CHEST X RAY/EKG

Thank you for allowing our practice to participate in care of your patient.

Sincerely,

Dr. Raj Bhayani.

# ⌐NewYork-Presbyterian

## Brooklyn Methodist Hospital

506 6th Street, Brooklyn, NY 11215
718-780-3148 | www.nyp.org/brooklyn

**Name:** NELSON, TAMARA                    **Current Date:** 7/23/2018 3:21:02 AM
America/New_York
**DOB:** 10/04/1990 12:00 AM                    **MRN:** 00004482885        **FIN:** 000420390800
**Chief Complaint:** Shortness of breath; C/O COUGHING AND DIFFICULTY BREATHING;
INHALED MOLD
**Final Diagnosis:** Shortness of breath
**Visit Date:** 7/23/2018 12:29 AM America/New_York
**Address:** 212 CROWN ST #2F BROOKLYN NY 11225
**Phone:** (718)735-8351

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Emergency Department Care Providers:**

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Peuser (MD), Devin | ED Res/PA/NP/MS | 7/23/2018 12:44 AM | |
| Delkhah (MD), Yana | ED Attending | 7/23/2018 1:10 AM | |
| Tam (RN), Christopher | ED Nurse | 7/23/2018 2:11 AM | |

New York Presbyterian Brooklyn Methodist Hospital would like to thank you for allowing us to assist
you with your healthcare needs. The following includes patient education materials and information
regarding your injury/illness.

NELSON, TAMARA has been given the following list of follow-up instructions, prescriptions, and
patient education materials:

**Follow-up Instructions:**



### NEW YORK INSTITUTE OF OTOLARYGOLOGY

1783 West 6TH Street Brooklyn NY 11223                    6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333                    Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

June 30th 2016

To Whom It May Concern:

This letter is to provide information about our patient Nelson, Tamara DOB: 10/04/1990. Tamara had reported improvement after procedure done on 04/02/2016.  However due to the persistence of mold at their current residence, the symptoms are not improving anymore and are now, in fact worsening. Avoidance to mold exposure may improve further symptoms and will keep Tamara's health stable.

If you have any questions regarding Tamara's health, please contact me at any time.

Sincerely,



Dr. Rajendra Bhayani



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6TH Street Brooklyn NY 11223
Phone (718)645-2555 Fax (718)645-1333

6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

# To Whom It May Concern:

This letter is regarding the current health status of Tamara Nelson. The patient had reported improvement after surgery. However, due to the persistence of mold at their current residence, the patient's symptoms are not improving anymore and are now, in fact, worsening.
Avoidance of mold exposure may improve further symptoms.

**Dr. Raj Bhayani**

NEW YORK INSTITUTE OF OTOLARYNGOLOGY AND AESTHETIC SURGERY

**NEW YORK INSTITUTE OF OTOLARYNGOLOGY**

1783 West 6TH Street Brooklyn NY 11223
Phone (718)645-2555 Fax (718)645-1333

6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264
www.NewYorkENTinstitute.com

| Name |
|------|
| Nelson Maureen |
| DOB 11/16/61 |
| Date 4/2/14 |

# Discharge Instructions

1. **Keep dressing clean and dry**
2. **Report any excessive bleeding or drainage to your our office.**
3. **Report any excessive redness or swelling to our office.**
4. **Dressing may be changed.**
5. **Dressing may not be changed until doctor's appointment.**
6. **Report any fever over 101 orally.**

**Additional instructions:** __DO NOT BLOW YOUR NOSE ,__
__Friday 4/8/16__

## Anesthesia:

1)The medication which was used to put you to sleep or relax you, may be acting in your body for the next 24 hours; so you may feel sleepy, but this will gradually wear off. If you are weak or sleepy, you should ambulate only with assistance,

Therefore, you should not:

Drive a car

Drink any alcoholic beverages (even beer or wine)

Make any important decision, such as signing important documents.

Engage in any strenuous activity.

2) if you have had a regional anesthetic, or what we refer to as a "block", you will experience a numb or weak feeling from anesthesia in the affected extremity. You will be temporary unable to control or protect it. Be particular careful about coming into contact with hot surfaces or when smoking cigarettes as it may burn you without you felling it.

3) You may follow you own regular diet, but is best to start with liquids, then soup and crackers, gradually working up to solid foods, unless otherwise instructed by your doctor.

4) You should rest and relax at home the evening after your procedure.

5) If unable to urinate within the 12 hours or having discomfort, contact your doctor or the closest Emergency Department.

**Medications:**_ Resume your regular medications as prescribed.

Call Dr. Bhayani if you have any problems after procedure. Dr. Bhayani's phone number is 718-249-9383, if unable to contact your Doctor, please contact the closest Emergency Room.

The above instructions have been explained to me and I understand and agree to them.

_Maureen Nelson_
**Patient Name**

_04-08-16_
**Time**

_____
**Nurse Signature**

_____
**Date**

NEW YORK INSTITUTE OF OTOLARYNGOLOGY AND AESTHETIC SURGERY

# ⊣ NewYork-Presbyterian

## Brooklyn Methodist Hospital

### 506 6th Street, Brooklyn, NY 11215
### 718-780-3148 | www.nyp.org/brooklyn

**Name:** NELSON, MAUREEN                    **Current Date:** 7/23/2018 4:46:14 AM
America/New_York
**DOB:** 11/16/1961 12:00 AM                **MRN:** 00007057451        **FIN:** 000420390802
**Chief Complaint:** Shortness of breath; C/O DIFFICULTY BREATHING; INHALED MOLD
**Final Diagnosis:** Asthma exacerbation
**Visit Date:** 7/23/2018 12:29 AM America/New_York
**Address:** 212 CROWN STREET BROOKLYN NY 11225
**Phone:** (718)735-8351

**Primary Care Provider:**
  **Name:**
  **Phone:**

**Emergency Department Care Providers:**

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Stevenson (RN), Daniel | ED Nurse | 7/23/2018 1:16 AM | |
| Wong (MD), Adalbert | ED Res/PA/NP/MS | 7/23/2018 2:23 AM | |
| Hubsher (MD), Grant S | ED Attending | 7/23/2018 2:32 AM | |

New York Presbyterian Brooklyn Methodist Hospital would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information regarding your injury/illness.

NELSON, MAUREEN has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Follow-up Instructions:**

Case 1:21-cv-02601-KAM-LB    Document 1    Filed 05/06/21    Page 97 of 99 PageID #: 97



**NEW YORK INSTITUTE OF OTOLARYNGOLOGY**

1783 West 6TH Street Brooklyn NY 11223          6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333          Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

## General Instructions for Pre-Operative Patients

**You MUST have a light breakfast such tea, toast or cereal on the day of your surgery.**
. You may brush your teeth and rinse your mouth ion the morning. Daily important medications such as heart, thyroid, seizure, or blood pressure should be taken with a sip of water at their usual time.

Do not take aspirin or similar drugs that may cause excessive bleeding.
These aspirin related drugs should be avoided for two (@) weeks prior surgery.  For example: Motrin, Anacin, Dristan, Percodan, Excedrin, Alka-Selzer, Bufferin, Feldene, Advil, Nuprin, Naprosyn, Anaprox, Indocin, Dolobin, Clinoril, Fiorinal.  Also many over the counter cold preparations contain aspirin, ask your pharmacist.
Tylenol (Acetaminophen) is OK.
Discontinued Vitamin E for two (2) weeks prior and two (2) weeks following surgery.

If you smoke, try and abstain for at least 10 days prior surgery.  Smoking can cause poor wound healing, excessive scaring and respiratory complications.
Do not drink any alcohol for 4 days prior surgery.
Please shower with an antibacterial soap either the night before or the morning of the surgery.
Do not apply moisturizers or skin conditioners of any kind.
Following surgery you must have a reliable escort to bring you home.  For ambulatory surgery someone should remain with you for the first night after surgery.
Notify the office if you have any fever, sore throat or sings of a cold with in one week prior surgery.
Wear comfortable clothing. Leave all jewelry   and valuables at home.  Do not wear make-up or nail polish on the day of the surgery.

All indicated laboratory test must be completes ten (10) days prior surgery date.
If you do not have the all test your surgery will be cancelled.
  Children should bring their favorite toy.
** Please note:  We will call your insurance company to pre-certify your surgery.  For your own benefit you should also call your insurance company to verify your benefits.

The office staff is also available to answer any questions or concerns that you may have regarding your surgery.  For questions please call 718-645-2555

Dr. Bhavani Beeper # (917)-666-1201

Date of Surgery _____3/26/14_____          _____Saturday_____
                    Month  Date Year                Day

Patient Signature X _Maureen Nelson_____  Date _3/26/14_

**NEW YORK INSTITUTE OF OTOLARYNGOLOGY AND AESTHETIC SURGERY**



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6TH Street Brooklyn NY 11223
Phone (718)645-2555 Fax (718)645-1333

6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)595-1100 Fax (718)595-1200

TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

# MEDICATIONS TO AVOID FOR PRE-OPERATIVE PATIENTS:

1.) **YOU ARE ALLOWED A LIGHT BREAKFAST ON DAY OF SURGERY: SUCH AS: COFFEE, CEREAL, TEA, JUICE.** You SHOULD brush your teeth and rinse your mouth in the morning. Daily important medications such as heart, thyroid, seizure or blood pressure should be taken with a sip of water at their usual time. DO NOT TAKE HEAVY BREAKFAST

2.) **Do not take _Aspirin_ or similar drugs that may cause excessive bleeding.**

3.) These Aspirin related drugs should be **avoided for TWO WEEKS** prior to surgery.

   **For example:**
   -Motrin, Anacin, Dristan,
   -Perdocan, Excedrin, Alka-Seltzer,
   -Bufferin, Feldene, Advil,
   -Nuprin, Naprosyn, Anaprox,
   - Indocin, Dolobin, Clinoril, Fiorinal.
   -Also many Over the counter cold preparations contain Aspirin, ask your pharmacist.
   -Tylenol (Acetaminophen) is OK.

3.) **Discontinue** _Vitamin E_ for **two weeks** prior to surgery and two weeks following surgery.

*The office staff is available to answer any questions or concerns that you may have regarding your surgery. For questions please call (718)-645-2555.

**NEW YORK INSTITUTE OF OTOLARYNGOLOGY AND AESTHETIC SURGERY**



**NEW YORK INSTITUTE OF OTOLARYGOLOGY**

1783 West 6TH Street Brooklyn NY 11223          6273 Woodhaven Blvd Rego Park NY 11374
Phone (718)645-2555 Fax (718)645-1333          Phone (718)595-1100 Fax (718)595-1200
TOLL FREE: 1-888-242-9264
www.NewYorkENTInstitute.com

# Balloon Sinuplasty Surgery

**Diagnosis:** Chronic Sinusitis, Nasal Obstruction

**Risks:** A specific listing of some of the more major risks disclosed including, but not limited to:
- 2 % chance of bleeding
- Infection
- Possible need for surgery in the future
- Adhesions or bands formed in the nose causing breathing problems
- Unwanted cuts or marks on the face or in the mouth
- Damage to the brain, cerebral spinal fluid leak
- Loss of smell
- Septal perforation
- Blindness, diplopia
- Numbness of the teeth and face

**Benefits:**

- Patient stops getting repeated infections
- Patients breathing improves
- The feeling of sinus pressure and pain improves
- Patient can stop the spread of disease and get early treatment for disease

Call Dr. Bhayani at the office or call answering service 718-442-1707 and / or go to the nearest emergency room:
- Excessive bleeding from the mouth or nose 1 or 2 days after surgery
- problems with your vision
- Fever after 3 days of surgery
- Vomiting more than 3 times at day
- Feeling faint

I hereby understand the risk and benefits of the surgery

_____          _____
             Patient Signature                                        Date

**NEW YORK INSTITUTE OF OTOLARYNGOLOGY AND AESTHETIC SURGERY**